UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| OHIO PUBLIC EMPLOYEES RETIREMENT SYSTEM, on Behalf of Itself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>FEDERAL HOME LOAN MORTGAGE CORPORATION a/k/a FREDDIE MAC, RICHARD F. SYRON, PATRICIA L. COOK, ANTHONY S. PISZEL and EUGENE M. McQUADE,<br><br>Defendants. | Civil Action No. 4:08-cv-160<br><br>Judge John R. Adams |

**LEAD PLAINTIFF'S MOTION FOR CLASS CERTIFICATION**

Pursuant to Rules 23(a) and 23(b)(3) of the Federal Rules of Civil Procedure, Lead Plaintiff Ohio Public Employees Retirement System ("OPERS" or "Lead Plaintiff") moves this Court for an order certifying this action as a class action and designating Lead Plaintiff as the representative of a plaintiff class (the "Class") defined as follows:

> All persons who purchased Freddie Mac common stock between August 1, 2006 and November 20, 2007, inclusive ("Class Period"). Excluded from the Class are: (i) Defendant Freddie Mac, its parents, subsidiaries, and any other entity owned or controlled by Freddie Mac; (ii) Individual Defendants Richard F. Syron, Patricia L. Cook, Anthony S. Piszel, and Eugene M. McQuade; (iii) all other executive officers and directors of Freddie Mac or any of its parents, subsidiaries, or any other entity owned or controlled by Freddie Mac; (iv) all immediate family members of the foregoing, including grandparents, parents, spouses, siblings, children,

1

grandchildren and step-relations of similar degree; and (v) all predecessors and successors in interest or assigns of any of the foregoing.

Lead Plaintiff further moves this Court for an Order reaffirming OPERS' selection of counsel by appointing Waite, Schneider, Bayless & Chesley Co., L.P.A. ("Waite Schneider") and Chitwood Harley Harnes LLP ("Chitwood Harley") as Class Counsel pursuant to Fed. R. Civ. P. 23(g).

Lead Plaintiff makes this motion based upon its Memorandum of Law in Support of Motion for Class Certification, the Declaration of John F. Harnes in Support of Lead Plaintiff's Motion for Class Certification, and the Expert Report of Dr. Greg Hallman, each of which has been contemporaneously submitted herewith, as well as upon the Third Amended Complaint for Violations of Securities Laws [Doc. #166] and all other pleadings, motions and orders in this action. Lead Plaintiff's [Proposed] Order is filed concurrently herewith.

Dated: August 17, 2012

Respectfully submitted,

OHIO ATTORNEY GENERAL
MIKE DeWINE
30 E. Broad Street, 17th Floor
Columbus, Ohio 43215
Telephone: (614) 387-5600
Facsimile: (614) 387-6697

*/s/ W.B. Markovits*
Joseph T. Deters (0012084)
W.B. Markovits (0018514)
James R. Cummins (0000861)
Christopher D. Stock (0075443)
WAITE, SCHNEIDER, BAYLESS CHESLEY
CO., LPA
1513 Fourth & Vine Tower
One West Fourth Street
Cincinnati, Ohio 45202
Telephone: (513) 621-0267
Facsimile: (513) 621-0262
E-mail: jdeters@wsbclaw.com

E-mail: billmarkovits@wsbclaw.com
E-mail:  jcummins@wsbclaw.com
E-mail: chrisstock @wsbclaw.com

*Special Counsel to the Attorney General of the State of Ohio and Lead Counsel for Lead Plaintiff, Ohio Public Employees Retirement System*

*/s/ Martin D. Chitwood (consent)*
Martin D. Chitwood
James M. Wilson, Jr.
Krissi T. Gore
CHITWOOD HARLEY HARNES LLP
2300 Promenade II
1230 Peachtree Street, N.E.
Atlanta, Georgia  30309
Telephone:  (404) 873-3900
Facsimile:  (404) 876-4476
E-mail: mchitwood@chitwoodlaw.com
E-mail: jwilson@chitwoodlaw.com
E-mail:  kgore@chitwoodlaw.com

John F. Harnes
Gregory E. Keller
Darren T. Kaplan
CHITWOOD HARLEY HARNES LLP
1350 Broadway, Suite 908
New York, New York 10018
Telephone:  (404) 873-3900
Facsimile:  (404) 876-4476
E-mail:  jfharnes@chitwoodlaw.com
E-mail  gkeller@chitwoodlaw.com
E-mail  dkaplan@chitwoodlaw.com

*Special Counsel to the Attorney General of the State of Ohio and Lead Counsel for Lead Plaintiff, Ohio Public Employees Retirement System*

3

**CERTIFICATE OF SERVICE**

I hereby certify that on August 17, 2012, a copy of the foregoing "LEAD PLAINTIFF'S MOTION FOR CLASS CERTIFICATION" was filed electronically. Notice of this filing will be sent by operation of the Court's CM/ECF system to all parties indicated on the electronic filing receipt. This filing may be accessed through the Court's CM/ECF system.

                                              */s/ W.B. Markovits*
                                              W.B. Markovits (0018514)