## Appendix 2: Documents Relied Upon

**Legal Documents**
1. *Basic Inc. v. Levinson*, 485 U.S. 224 (1988).
2. *Cammer v. Bloom*, 711 F.Supp. 1264 (D.N.J. 1989).
3. Memorandum and Order, *In re PolyMedica Corp. Securities Litigation,* United States District Court, District Of Massachusetts, 1: 00-cv-12426-WGY, September 28, 2006.
4. Opinion and Order, *Jino Kuriakose, Individually and on Behalf of All Others Similarly Situated, Plaintiff, against Federal Home Loan Mortgage Corp., Richard Syron, Patricia L. Cook, and Anthony S. Piszel, Defendants*. United States District Court, Southern District Of New York 08 Civ. 7281 (JFK), dated September 24, 2012.
5. *Krogman* v. *Sterritt,* 202 F.R.D. 467,477-78 (N.D. Tex. 2001).
6. Opinion, *In re Federal Home Loan Mortgage Corp. (Freddie Mac) Securities Litigation*, 09 Civ. 832 US District Court Southern District of New York, March 27, 2012.
7. Third Amended Consolidated Complaint, *Ohio Public Employees Retirement, On Behalf of Itself and all Others Similarly Situated, Plaintiff, against Federal Home Loan Mortgage, Corporation A/K/A Freddie Mac, Richard F. Syron, Patricia L. Cook, Anthony S. Piszel, And Eugene M. Mcquade, Defendants.* United States District Court Northern District Of Ohio Eastern Division (Youngstown), Civil Action No. 4:08-Cv-160.

**Declarations, Expert Reports and Testimony**
1. Expert Report of Dr. Greg Hallman, dated August 16, 2012.
2. Deposition Transcript (and exhibits thereto) of Dr. Greg Hallman, dated December 7, 2012.
3. Expert Declaration of Dr. Greg Hallman, *In re Arthrocare Corporation Securities Litigation, C*ivil Action, No. 1:08-cv-00574-SS, May 20, 2011.
4. Expert Declaration of Dr. Greg Hallman, *In re TYCO International, LTD. Multidistrict Litigation,* Docket No. 03-cv-1352, June 12, 2009.

**Freddie Mac Publicly Available Documents**
1. Freddie Mac Information Statement and Annual Reports to Stockholders and Forms 10-K for the years 2005 through 2008.
2. Monthly Volume Summary (June 2006 to November 2007).
3. Freddie Mac Press Releases, Market Update Conference Call Transcripts and Related Documents for the years 2006 through 2008.
4. Freddie Mac Information Statement Supplements, Quarterly Reports, Forms 10-Q, Financial Results Supplements, Financial Statements and Core Tables for the years 2006 through 2008.

**Analyst Reports**
1. "Business Activity Jumps; Portfolio Declines," *Credit Suisse,* July 24, 2006.
2. "Business Volumes Pick Up; Retained Portfolio Shrinks," *Credit Suisse,* July 28, 2006.
3. "FRE: 1H06 Earnings - Gaap Earnings Surpass Our Expectations Due To Higher Rates In 2q (Since Reversed); Stable Outlook On Credit And Interest Rate Risks," *Prudential Equity Group LLC*, October 3, 2006.
4. "1H Returns Boosted by Mark-to-Market Gains; Expect Sharply Lower Earnings in 2H06," *J.P. Morgan*, October 4, 2006.
5. "Freddie Mac (FRE-$67.93-Peer Perform) Q3 Update Includes Reiteration of Return to Timely Reporting in 2H 07," *Bear Stearns*, January 5, 2007.
6. "FRE: Quicktake On 3q06 Earnings - Gaap Net Loss Due To Rate Movements But Underlying Economics Appear To Be Relatively Stable; Slower Progress On Timely Reporting And Capital Mgmt," *Prudential Equity Group LLC*, January 5, 2007.
7. "Freddie Mac (FRE) EARNINGS—2006 Results Weak; No Timeline Given for 2007 Reporting Schedule," *Credit Suisse,* March 23, 2007.
8. "Freddie Mac—Buybacks Bolster Lackluster Results," *Fox-Pitt*, *Kelton*, March 23, 2007.
9. "Mark-to-Market Items Muddy Otherwise In-line Quarter," *J.P. Morgan,* June 14, 2007.
10. "Freddie Mac Releases 1Q07 Results, Resumes Quarterly Reporting," *Bear Stearns,* June 14, 2007.
11. "OFHEO Keeps Portfolio Caps in Place," *Bear Stearns*, August 13, 2007.
12. "Solid Q2 Results; Credit Risk Still Low Despite GAAP Distortions," *Bear Stearns*, August 30, 2007.
13. "Fannie Mae — Credit Losses Likely to Rise, but Concerns Over Wamu Loans And MIs Seem Overdone – Corrected Note supersedes any previous versions," *J.P. Morgan,* November 8, 2007.
14. "The Glass is Half Full," *Fox-Pitt Kelton*, November 13, 2007.
15. "Freddie Mac — Higher Credit Expenses and GA Loss Likely in 3Q, but Derivative Losses Likely Smaller than Fannie's," *J.P. Morgan,* November 19, 2007.

**News Articles**
1. "Freddie Mac Announces OFHEO Action Concerning Capital Surplus," *PR Newswire (U.S.),* January 29, 2004.
2. Kopecki, Dawn, "DJ Fannie To Maintain 30% Capital Surplus," *Dow Jones Chinese Financial Wire,* September 27, 2004, 10:21.
3. Gordan, Marcy, "Report: Fannie Mae Manipulated Accounting," *Associated press Newswires,* May 23, 2006.
4. "Freddie Mac limits portfolio growth," *Associated Press Newswire*, August 1, 2006.
5. "Freddie Mac Provides Market Update," *Dow Jones News Service,* October 3, 2006.
6. Al Yoon, "UPDATE 2-Fannie, Freddie loan limit unchanged as prices fall," *Reuters News* November 28, 2006.
7. "Today In Business Freddie Mac Forecasts Losses," *The New York Times,* January 6, 2007.
8. "How Big Is The Bite On Fannie And Freddie," *Bloomberg Business Week,* April 15, 2007.
9. "Mcgraw Hill Companies Inc - Freddie Mac Rating Not Affected By First-Quarter Loss," *Market News Publishing,* June 14, 2007.

10. "HUD: Talking To OFHEO About Raising GSE Mortgage Buying Limit," *Dow Jones International News*, August 8, 2007.
11. "Big Fans for Fannie, Freddie --- Some Lawmakers See One-Time Pariah Firms As Subprime Salvation," *The Wall Street Journal*, August 8, 2007.
12. "Higher Caps Urged For Fannie, Freddie; Democrats Seek Bigger Role for Firms," *The Washington Post*, August 18, 2007.
13. Berger, Carole, "Viewpoint: Fannie and Freddie Are Fine - OFHEO Is Not," *American Banker*, August 19, 2007.
14. "ANALYSIS-Agency MBS succumbs to global credit squeeze," *Reuters News*, August 21, 2007.
15. Torres, Craig and Mark Pittman, "New York Fed Accepts Asset-Backed Paper as Collateral (Update3)," *Bloomberg,* August 24, 2007.
16. "Bernanke Says Fannie, Freddie Asset Caps 'Need Not Be Lifted'," *Bloomberg News,* Aug 29 2007, 3:03:07 P.M. ET.
17. Howley, Kathleen M., "U.S. Home Prices Gain at Slowest Pace in a Decade (Update5)," *Bloomberg News,* Aug 30, 2007, 2:54:27 P.M. ET.
18. "Bernanke Opposes Lift Of Fannie, Freddie Caps," *The Washington Post*, August 30, 2007.
19. "Schumer Says Treasury Might Allow Fannie and Freddie to Exceed Limits," *The Washington Post,* September 1, 2007.
20. Thornberg, Christopher, "Fannie and Freddie: Can They Come to the Rescue?," *The Los Angeles Times*, September 2, 2007.
21. "UPDATE: Tsy Approached GSEs About New Products For Mkt Issues," *Dow Jones Capital Markets Report*, September 5, 2007.
22. "ANALYSIS-Key buyers to stay away from US mortgage market," *Reuters News,* September 6, 2007.
23. Aubin, Dena, "CREDIT WRAPUP 7-Fed, ECB inject liquidity as foreclosures rise," *Reuters News*, September 6, 2007.
24. Zibel, Alan, "Schumer proposes temporary lift of Fannie Mae, Freddie Mac limits to deal with mortgage woes," Associated press Newswires, September 10, 2007, 17:34 P.M. EST.
25. Teitelbaum, Henry, "5th UPDATE: Northern Rock Borrows From BoE; Shares Off 26%," *Dow Jones Capital Markets Report,* September 14, 2007.
26. "Agency Mortgage Bond Market Craves More Than A 25BP Rate Cut," *Dow Jones Newswires*, September 17, 2007.
27. Crutsinger, Martin, "Fed cuts key interest rate in effort to fend off recession," *Associated Press Newswires,* September 18, 2007, 15:49.
28. Paletta, Damian, "5th UPDATE: Ofheo To Let Fannie Grow Portfolio 2% Annually," *Dow Jones Capital Markets Report,* September 19, 2007, 15:54.
29. Beazer and D.R. Horton, "Zacks Analyst Blog Highlights: Fannie Mae, Freddie Mac, Lennar," *Business Wire*, September 26, 2007.
30. "Don't free Fannie and Freddie - America's housing giants," *The Economist,* October 6, 2007.
31. Aversa, Jeannine, "Bernanke: Housing Woes to Slow Growth," *Associated Press Newswires*, October 15, 2007, 19:56.
32. Dunphy, Harry, "IMF chief says outlook for global economy uncertain after recent market turbulence," *Associated Press Newswires,* October 22, 2007, 15:14.
33. AT A GLANCE: Prince Exits Citi Amid $8B-$11B In New Writedown," *Dow Jones International News,* November 5, 2007.
34. Hagerty, James R., "Defaults Take a Toll on Fannie Mae," *The Wall Street Journal,* November 10, 2007.
35. "Lehman downgrades Fannie Mae and Freddie Mac on poor credit outlook," *Associated Press Newswires*, November 12, 2007.
36. Spence, John, "2ND UPDATE: Bank Of America Warns Of Additional CDO Losses," *Dow Jones Business Week,* November 13, 2007.
37. Haviv, Julie, "MORTGAGES/AGENCIES-Spreads hit new wides; Freddie in focus," *Reuters News*, November 19, 2007.
38. "UPDATE 2-MORTGAGES/AGENCIES-Agency 2-yr sector at 10-yr wide," *Reuters News*, November 20, 2007.
39. "Goldman Paints Bleak Picture for Housing, Financials," *Reuters News*, November 20, 2007.

**Academic Literature**

1. Arslanalp, Serkan and Peter Blair Henry (2005), "Is Debt Relief Efficient?," *The Journal of Finance,* vol. 60(2), pages 1017-1051.
2. Avery, Robert B. Raphael W. Bostic, Paul S. Calem, and Glenn B. Canner, "Credit Risk, Credit Scoring, and the Performance of Home Mortgages," *Federal Reserve Bulletin*, July 1996.
3. Barber, Brad M., Paul, A. Griffin, and Baruch Lev (1994), "The Fraud-on-the-Market Theory and the Indicators of Common Stock Efficiency," *Journal of Corporation Law,* pages 285-312.
4. Below, Scott D. and Keith H. Johnson (1996), "An Analysis Of Shareholder Reaction To Dividend Announcements In Bull And Bear Markets," *Journal of Financial And Strategic Decisions,* vol. 9(3), pages 15-26.
5. Bodie, Zvi, Alex Kane and Alan J. Marcus, (2011), *Investments*, McGraw-Hill Irwin, New York, NY.
6. Bommel, J. van, and T. Vermaelen (2003), "Post-IPO capital expenditures and market feedback," *Journal of Banking & Finance,* vol. 27, pages 275–305.
7. Brunnermeier, Markus and Lasse H. Pedersen (2009), "Market Liquidity and Funding Liquidity," *Review of Financial Studies,* vol. 22, pages 2201-2238.
8. Busse, Jeffrey A. and T. Clifton Green (2002), "Market efficiency in real time," *Journal of Financial Economics,* vol.65, pages 415-437.
9. Damodaran, Aswath, *Investment Valuation: Tools and Techniques for Determining the Value of Any Asset,* Second Edition, Wiley Finance Series.
10. Erenburg, Grigori, Janet Kiholm Smith and Richard L. Smith (2011), "The Paradox of 'Fraud-on-the-Market Theory': Who Relies on the Efficiency of Market Prices?" *Journal of Empirical Legal Studies,* Vol. 8, Issue 2, pages 260-303.
11. Fama, Eugene F., 1970, "Efficient Capital Markets: A Review of Theory and Empirical Work," *The Journal of Finance*, vol. 25, pages 383-417.
12. Friedman, Herbert (1972), "Introduction to Statistics," Random House, page 146-47.
13. Fedenia, Mark and Mark Hirschey (2009), "The Chipotle Paradox," *Journal of Applied Finance*, Issues 1 & 2.
14. Greene, William H. (2012), *Econometric Analysis,* Pearson Hall, New York, NY.
15. Henry, Peter Blair (2002), "Is Disinflation Good for the Stock Market?," *The Journal of Finance,* vol. 57(4), pages 1617-1648.
16. Kaye, D. and D. Freedman (2000), Reference Guide on Statistics, in Reference Manual on Scientific Evidence, 2nd ed., (Federal Judicial Center, Washington D.C., 2000).
17. Kennedy, Peter, *A Guide to Econometrics,* 5th Edition, MIT Press, pages 47-48.

18. Lamont, Owen A. and Richard H. Thaler (2003b), "The Law of One Price in Financial Markets," *Journal of Economic Perspectives,* vol. 17(4), pp. 191-202.
19. Lamont, Owen, and Richard Thaler (2003a), "Can the Market Add and Subtract? Mispricing in Tech Stock Carve-Outs," *Journal of Political Economy,* vol.111, pages 227–268.
20. MacKinlay, A.C. (1997), "Event Studies in Economics and Finance," *Journal of Economic Literature,* vol. 35, pages 13-39.
21. Mark P. Kritzman (1994), "What Practitioners Need to Know About Event Studies," *Financial Analysts Journal,* pages 17 -20.
22. Mayer, Christopher J. and Karen M. Pence (2008), "Subprime Mortgages: What, Where, and to Whom?," *Finance and Economics Discussion Series Divisions of Research & Statistics and Monetary Affairs Federal Reserve Board, Washington, D.C.,* pages 1 – 44.
23. Mitchell, Mark L. and Jeffry M. Netter (1994), "The Role of Financial Economics in Securities Fraud Cases: Applications at the Securities and Exchange Commission," *The Business Lawyer,* vol.49.
24. Mitchell, Mark, Todd Pulvino and Erik Stafford, 2002, "Limited Arbitrage in Equity Markets," *The Journal of Finance,* vol.57 (2), pages 551 – 584.
25. Tabak and Dunbar (2001), "Materiality and Magnitude: Event Studies in the Courtroom," *Litigation Services Handbook- The Role of the Financial Expert* , Third Edition, Edited by Roman L. Wei, Michael J. Wagner, and Peter B. Frank, John Wiley & Sons.
26. Tabak, David (2010), "Use and Misuse of Event Studies to Examine Market Efficiency," *NERA Working Paper* , April 30, 2010.

**Miscellaneous Documents**

1. "US Daily Financial Market Comment," *Goldman Sachs Economic Research* , August 22, 2007.
2. 2012 Economic Report of the President.
3. Chicago Board Options Exchange Volatility Index, http://www.cboe.com/micro/VIX/vixintro.aspx, accessed 10/31/12
4. Fannie Mae 2006-2007 Annual Report.
5. FOX Business Network's Liz Claman interviews Warren Buffett, June 2, 2010, http://everythingwarrenbuffett.blogspot.com, accessed on December 11, 2012.
6. http://www.ats.ucla.edu/stat/mult_pkg/faq/general/tail_tests.htm, accessed on December 10, 2012.
7. OFHEO News Release, "House Prices Weaken Further In Most Recent Quarter," *Office of Federal Housing Enterprise Oversight* , November 29, 2007.
8. SEC Division of Market Regulation: Responses to Frequently Asked Questions Concerning Regulation SHO available at http://www.sec.gov/divisions/marketreg/mrfaqregsho1204.htm, accessed on December 11, 2012.
9. Securities and Exchange Commission, "Emergency Order Pursuant To Section 12(K)(2) Of The Securities Exchange Act Of 1934 Taking Temporary Action To Respond To Market Developments," Securities Exchange Act Of 1934 Release No. 58166, July 15, 2008.
10. Securities and Exchange Commission, "SEC Halts Short Selling of Financial Stocks to Protect Investors and Markets," September 19, 2008.

**Data Sources**

1. Data from Robert J. Shiller, *Irrational Exuberance* , 2nd. Edition, Princeton University Press, 2005, 2009, Broadway Books 2006, also Subprime Solution, 2008, as updated by author.
2. EconLit, a comprehensive index of research publications maintained by American Economic Association.
3. OptionMetrics.
4. Social Sciences Research Network (SSRN).
5. The TrueStandings Securities Database.
6. The Wall Street Journal, http://online.wsj.com/public/page/economic-forecasting.html.
7. Yahoo! Finance.