**Appendix 6 - Dr. Hallman's Tests of Joint Statistical Significance Are Flawed**

**Panel A: Freddie Mac's Abnormal Returns Are Never Jointly Statistically Significant When Any Subset of These 4 Analyzed Dates Are Considered**

| Dates Analyzed | F Value | P Value | Chi-Squared Value | P Value |
|---|---|---|---|---|
| October 3, 2006, January 5, 2007, March 23, 2007, and June 14, 2007 | 0.98 | 42.1% | 3.88 | 42.2% |
| October 3, 2006, and January 5, 2007 | 1.17 | 31.2% | 2.35 | 30.9% |
| October 3, 2006, and March 23, 2007 | 0.70 | 49.8% | 1.39 | 50.0% |
| October 3, 2006, and June 14, 2007 | 1.46 | 23.4% | 2.92 | 23.2% |
| January 5, 2007 and March 23, 2007 | 0.49 | 61.4% | 0.96 | 61.8% |
| January 5, 2007 and June 14, 2007 | 1.24 | 29.1% | 2.50 | 28.7% |
| March 23, 2007 and June 14, 2007 | 0.78 | 46.2% | 1.54 | 46.4% |
| October 3, 2006, January 5, 2007, and March 23, 2007 | 0.79 | 50.2% | 2.35 | 50.3% |
| October 3, 2006, January 5, 2007, and June 14, 2007 | 1.29 | 27.7% | 3.88 | 27.4% |
| October 3, 2006, March 23, 2007, and June 14, 2007 | 0.98 | 40.2% | 2.92 | 40.4% |
| January 5, 2007, March 23, 2007, and June 14, 2007 | 0.83 | 47.6% | 2.50 | 47.5% |

\* Statistical significance at the 95% confidence level requires the p-value to be less than or equal to 5%, which is not the case in any of the tests' results reported.

**Appendix 6 - Dr. Hallman's Tests of Joint Statistical Significance Are Flawed**

**Panel B:  Freddie Mac's Abnormal Returns Are Always Jointly Statistically Significant when Any Subset of These 4 Analyzed Dates Are Considered Along With August 30, 2007**

| Dates Analyzed | F Value | P Value | Chi-Squared Value | P Value |
|---|---|---|---|---|
| October 3, 2006, January 5, 2007, March 23, 2007, June 14, 2007, **AND August 30, 2007** | 4.87 | 0.0% | 24.48 | 0.0% |
| October 3, 2006, January 5, 2007, **AND August 30, 2007** | 7.60 | 0.0% | 22.94 | 0.0% |
| October 3, 2006, March 23, 2007, **AND August 30, 2007** | 7.31 | 0.0% | 21.98 | 0.0% |
| October 3, 2006, June 14, 2007, AND **August 30, 2007** | 7.80 | 0.0% | 23.52 | 0.0% |
| January 5, 2007, March 23, 2007, **AND August 30, 2007** | 7.14 | 0.0% | 21.56 | 0.0% |
| January 5, 2007, June 14, 2007, **AND August 30, 2007** | 7.63 | 0.0% | 23.10 | 0.0% |
| March 23, 2007, June 14, 2007, **AND August 30, 2007** | 7.34 | 0.0% | 22.13 | 0.0% |
| October 3, 2006, January 5, 2007, March 23, 2007, **AND August 30, 2007** | 5.71 | 0.0% | 22.94 | 0.0% |
| October 3, 2006, January 5, 2007, June 14, 2007, **AND August 30, 2007** | 6.08 | 0.0% | 24.48 | 0.0% |
| October 3, 2006, March 23, 2007, June 14, 2007, **AND August 30, 2007** | 5.86 | 0.0% | 23.52 | 0.0% |
| January 5, 2007, March 23, 2007, June 14, 2007, **AND August 30, 2007** | 5.73 | 0.0% | 23.10 | 0.0% |

**Appendix 6 - Dr. Hallman's Tests of Joint Statistical Significance Are Flawed**

**Panel C: Freddie Mac's Abnormal Returns are Jointly Statistically Significant on 4 Dates (October 3, 2006, January 5, 2007, June 14, 2007 and August 30, 2007), Even When I Assume Freddie Mac's Abnormal Return to be Zero on The First Three Dates**

|  | F Value | P Value | Chi-Squared Value | P Value |
|---|---|---|---|---|
| October 3, 2005, January 5, 2007, June 14, 2007 and August 30, 2007 | 5.12 | 0.1% | 20.60 | 0.0% |

**Panel D: The Sum of Freddie Mac's Abnormal Returns Are Not Statistically Significant Over The Two Separate Groups of Dates**

|  | F Value | P Value |
|---|---|---|
| October 3, 2006 + March 23, 2007 | 0.87 | 35.3% |
| January 5, 2007 + June 14, 2007 | 2.45 | 11.9% |