**Appendix 8: Freddie Mac's Abnormal Return Is Statistically Insignificant on August 30, 2007 after Adjusting for Industry Effects and the Heightened Volatility during the Financial Crisis Post-August 9, 2007**

*This market model is estimated over 8/9/2007 - 11/20/2007*

| Regression Statistics | |
|---|---|
| R Square | 0.913 |
| Adjusted R Square | 0.907 |
| Standard Error | 0.013 |
| Observations | 73.000 |

ANOVA

| | df | ss | ms | F | Significance F |
|---|---|---|---|---|---|
| Regression | 4.000 | 0.128 | 0.032 | 177.501 | 0.000 |
| Residual | 68.000 | 0.012 | 0.000 | | |
| Total | 72.000 | 0.140 | | | |

| | Coefficients | Standard Error | t Stat | P-Value |
|---|---|---|---|---|
| Intercept | (0.001) | 0.002 | (0.901) | 0.371 |
| S&P 500 (GSPC Index) | 0.875 | 0.174 | 5.021 | 0.000 |
| Fannie Mae (FNM) | 0.579 | 0.069 | 8.449 | 0.000 |
| August 30, 2007 Dummy Variable | (0.024) | 0.014 | (1.781) | 0.079 |
| November 20, 2007 Dummy Variable | (0.145) | 0.022 | (6.660) | 0.000 |

[1] I use arithmetic returns in conducting this analysis. I use the same market index used by Professor Hallman in his event study, but also include the return on Fannie Mae to control for the industry effects.

[2] I estimate this model over the credit crisis period (August 9, 2007 to November 20, 2007).

[3] I include two dummy variables for the two dates that Dr. Hallman found to be statistically significant in his event study to measure their impact on the updated model.

[4] All data used in this analysis was downloaded from Yahoo! Finance, as was done by Dr. Hallman [See Hallman Dep., exhibit 23].