PEARSON, J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| OHIO PUBLIC EMPLOYEES RETIREMENT SYSTEM, *etc.*, | ) | CASE NO. 4:08cv160 |
| Plaintiff, | ) | JUDGE BENITA Y. PEARSON |
| v. | ) | |
| FEDERAL HOME LOAN MORTGAGE CORP., *et al.*, | ) | |
| Defendants. | ) | JUDGMENT ENTRY |

This Court having contemporaneously filed its Memorandum of Opinion and Order in this case, it is therefore Ordered that Plaintiff's Third Amended Complaint is dismissed with prejudice and leave to file a fourth amended complaint is denied.

October 31, 2014
Date

*/s/ Benita Y. Pearson*
Benita Y. Pearson
United States District Judge