**UNITED STATES COURT OF APPEALS**
**FOR THE SIXTH CIRCUIT**

---

No: 14-4189

---

Filed: August 15, 2016

OHIO PUBLIC EMPLOYEES RETIREMENT SYSTEM, on behalf of Itself and All Others Similarly Situated

Plaintiff - Appellant

4:08cv160 - BYP

v.

FEDERAL HOME LOAN MORTGAGE CORPORATION; RICHARD F. SYRON; PATRICIA L. COOK; ANTHONY S. PISZEL; EUGENE M. MCQUADE

Defendants - Appellees

MANDATE

Pursuant to the court's disposition that was filed 07/20/2016 the mandate for this case hereby issues today. Reversed and Remanded.

COSTS: None