UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| OHIO PUBLIC EMPLOYEES RETIREMENT SYSTEM, *etc.*, | : | Civil Action No. 4:08-cv-160 |
| Plaintiff, | : | Judge Benita Y. Pearson |
| vs. | : | Magistrate Judge William H. Baughman, Jr. |
| FEDERAL HOME LOAN MORTGAGE CORPORATION, *etc.*, *et al.*, | : | |
| Defendants. | : | **MOTION FOR LEAVE TO NAME A NEW EXPERT ON CLASS CERTIFICATION ISSUES AND SUBMIT ADDITIONAL EXPERT EVIDENCE ON THE ISSUE OF MARKET EFFICIENCY** |

Pursuant to this Court's Order dated December 5, 2016 (Doc. 354), Plaintiff hereby moves the Court for an entry allowing Plaintiff to name a new expert on class certification, and allow that expert to submit additional expert evidence on the issue of market efficiency, due to the unavailability of Plaintiff's prior expert. The accompanying memorandum more fully sets forth the reasons for this motion. A Proposed Order is attached.

Dated: December 16, 2016

Respectfully submitted,

OHIO ATTORNEY GENERAL
MICHAEL DeWINE
Attorney General of Ohio
30 East Broad Street, 17th Floor
Columbus, Ohio 43215
Telephone: (614) 387-5600
Facsimile: (614) 387-6697

*/s/ W.B. Markovits*
W.B. Markovits (0018514)
Joseph T. Deters (0012084)
Christopher D. Stock (0075443)
Terence R. Coates (0085579)
MARKOVITS, STOCK & DEMARCO, LLC
119 East Court Street, Suite 530
Cincinnati, Ohio 45202
Telephone: (513) 651-3700
Facsimile: (513) 665-0219
E-mail: bmarkovits@msdlegal.com
E-mail: cstock@msdlegal.com
E-mail: tcoates@msdlegal.com

*Special Counsel to the Attorney General of the State of Ohio and Lead Counsel for Lead Plaintiff*

*/s/ Richard S. Wayne*
Richard S. Wayne (0022390)
William K. Flynn (0029536)
Thomas P. Glass (0062382)
Stephen E. Schilling (0086897)
STRAUSS TROY CO., LPA
150 East Fourth Street
Cincinnati, Ohio 45202
Telephone: (513) 621-2120
Facsimile: (513) 629-9426
E-mail: rswayne@strausstroy.com
E-mail: wkflynn@strausstroy.com
E-mail: tpglass@strausstroy.com
E-mail: seschilling@strausstroy.com

*Special Counsel to the Attorney General of the State of Ohio*

**CERTIFICATE OF SERVICE**

I hereby certify that on December 16, 2016 a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's system.

*/s/ W.B. Markovits*
W. B. Markovits (0018514)
MARKOVITS, STOCK & DEMARCO, LLC