UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| OHIO PUBLIC EMPLOYEES RETIREMENT SYSTEM, *etc.*, | : | |
| Plaintiff, | : | Civil Action No. 4:08-cv-160 |
| vs. | : | Judge Benita Y. Pearson |
| FEDERAL HOME LOAN MORTGAGE CORPORATION, *etc.*, *et al.*, | : | Magistrate Judge William H. Baughman, Jr. |
| Defendants. | : | **[PROPOSED] ORDER** |

Pending before the Court is Plaintiff's Motion for Leave to Name a New Expert on Class Certification Issues and Submit Additional Expert Evidence on the Issue of Market Efficiency. ECF No. ______________. The Court has been advised by the record, including the parties' submissions and applicable law. ECF Nos. ____________. For the reasons explained below, the Court grants Plaintiff's motion.

Plaintiff is allowed to name a new expert on market efficiency, and that expert shall be allowed to present a report including additional evidence on the issue of market efficiency.

IT IS SO ORDERED.

____________
Date

__*/s/ Benita Y. Pearson*__________
Benita Y. Pearson
United States District Judge