UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| OHIO PUBLIC EMPLOYEES RETIREMENT SYSTEM, *etc.*, | : | Civil Action No. 4:08-cv-160 |
| Plaintiff, | : | Judge Benita Y. Pearson |
| vs. | : | Magistrate Judge William H. Baughman, Jr. |
| FEDERAL HOME LOAN MORTGAGE CORPORATION, *etc.*, *et al.*, | : | |
| Defendants. | : | |

**DECLARATION OF W. B. MARKOVITS**

I, W. B. MARKOVITS, declare as follows:

1. I am a lead counsel for Plaintiff Ohio Public Employees Retirement System in the above-caption matter.

2. We originally retained Dr. Greg Hallman to provide opinions on various economic matters relating to this case, including market efficiency. Dr. Hallman's initial opinion related to market efficiency, in support of Plaintiff's motion for class certification. We intended for Dr. Hallman to render opinions on loss causation and damages. It is often the case in securities cases that an expert such as Dr. Hallman provides opinions in those areas. *See, e.g., In re Schering-Plough Corp. Enhance Sec. Litig.*, No. CIV.A. 08-2177 DMC, 2013 WL 5505744, at *15–16 (D.N.J. Oct. 1, 2013) (expert opining on market efficiency, causation, valuation analysis).

3. Shortly following the opinion of the Sixth Circuit reversing dismissal and remanding, I contacted Dr. Hallman regarding work going forward on market efficiency and related matters.

To my surprise, Dr. Hallman indicated that he was unavailable going forward and that he had in fact not been engaged for several years in the type of litigation consulting for which we intended to use him. He gave a number of reasons for his withdrawal from expert consulting, as set forth in his declaration filed contemporaneously.

4. This request for a new expert is not, as repeatedly suggested by Freddie Mac counsel, "gamesmanship" on the part of Plaintiff's counsel. Plaintiff's counsel has no great desire to start with a new expert on market efficiency and related issues, but has no choice.

5. Plaintiffs have retained the services of Dr. Steven P. Feinstein for expert testimony going forward in this case. If allowed by the Court, Dr. Feinstein will testify about market efficiency as a replacement for the unavailable Dr. Hallman, and provide a report based on testing for market efficiency under current legal standards. This would entail the submission of additional evidence – likely an event study by Dr. Feinstein coupled with additional testing as appropriate.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 16th day of December, 2016

Cincinnati, Ohio

W. B. Markovits