**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| OHIO PUBLIC EMPLOYEES RETIREMENT SYSTEM, *etc.*, | : | |
| | : | Civil Action No. 4:08-cv-160 |
| Plaintiff, | : | |
| | : | JUDGE BENITA Y. PEARSON |
| vs. | : | |
| | : | MAGISTRATE JUDGE WILLIAM H. BAUGHMAN, JR. |
| FEDERAL HOME LOAN MORTGAGE CORPORATION, *et al.*, | : | |
| | : | |
| Defendants. | : | |

**LEAD PLAINTIFF'S RENEWED MOTION FOR CLASS CERTIFICATION AND TO APPOINT CLASS REPRESENTATIVE AND CLASS COUNSEL**

Pursuant to Rules 23(a) and 23(b)(3) of the Federal Rules of Civil Procedure, Lead Plaintiff Ohio Public Employees Retirement System ("OPERS" or "Lead Plaintiff") moves this Court for an order certifying this action as a class action and designating Lead Plaintiff as the representative of a plaintiff class (the "Class") defined as follows:

> All persons who purchased Freddie Mac common stock between August 1, 2006 and November 20, 2007, inclusive ("Class Period"). Excluded from the Class are: (i) Defendant Freddie Mac, its parents, subsidiaries, and any other entity owned or controlled by Freddie Mac; (ii) Individual Defendants Richard F. Syron, Patricia L. Cook, Anthony S. Piszel, and Eugene M. McQuade; (iii) all other executive officers and directors of Freddie Mac or any of its parents, subsidiaries, or any other entity owned or controlled by Freddie Mac; (iv) all immediate family members of the foregoing, including grandparents, parents, spouses, siblings, children, grandchildren and step-relations of similar degree; and (v) all predecessors and successors in interest or assigns of any of the foregoing.

Lead Plaintiff further moves this Court for an Order reaffirming OPERS' selection of counsel by appointing Lead Counsel Markovits, Stock & DeMarco, LLC and Co-Lead Counsel Strauss Troy Co., LPA as Class Counsel pursuant to Fed. R. Civ. P. 23(g).

Lead Plaintiff makes this motion based upon its Memorandum of Law in Support of Lead Plaintiff's Renewed Motion for Class Certification and to Appoint Class Representative and Class Counsel, the Declaration of W.B. Markovits in Support of Lead Plaintiff's Renewed Motion for Class Certification and to Appoint Class Representative and Class Counsel, and the Expert Report of Dr. Steven P. Feinstein, each of which has been contemporaneously submitted herewith, as well as upon the Third Amended Complaint for Violations of Securities Laws (Doc. #166) and all other pleadings, motions and orders in this action. Lead Plaintiff's [Proposed] Order is filed concurrently herewith.

Dated: June 12, 2017

Respectfully submitted,

OHIO ATTORNEY GENERAL
MIKE DeWINE
30 E. Broad Street, 17th Floor Columbus, Ohio 43215
Telephone: (614) 387-5600
Facsimile: (614) 387-6697

*/s/ W.B. Markovits*
W.B. Markovits (0018514)
Joseph T. Deters (0012084)
Christopher D. Stock (0075443)
Terence R. Coates (0085579)
MARKOVITS, STOCK & DEMARCO, LLC
3825 Edwards Road, Suite 650
Cincinnati, Ohio 45209
Telephone: (513) 651-3700
Facsimile: (513) 665-0219
E-mail: bmarkovits@msdlegal.com
E-mail: jdeters@msdlegal.com
E-mail: cstock@msdlegal.com
E-mail: tcoates@msdlegal.com

*Special Counsel to the Attorney General of the State of Ohio and Lead Counsel for Lead Plaintiff*

*/s/ Richard S. Wayne*
Richard S. Wayne (0022390)
William K. Flynn (0029536)
Thomas P. Glass (0062382)
Stephen E. Schilling (0086897)
STRAUSS TROY CO., LPA
150 East Fourth Street
Cincinnati, Ohio 45202
Telephone: (513) 621-2120
Facsimile: (513) 629-9426
E-mail: rswayne@strausstroy.com
E-mail: wkflynn@strausstroy.com
E-mail: tpglass@strausstroy.com
E-mail: seschilling@strausstroy.com

**CERTIFICATE OF SERVICE**

I hereby certify that on June 12, 2017, a copy of the foregoing "LEAD PLAINTIFF'S RENEWED MOTION FOR CLASS CERTIFICATION AND TO APPOINT CLASS REPRESENTATIVE AND CLASS COUNSEL" was filed electronically. Notice of this filing will be sent by operation of the Court's CM/ECF system to all parties indicated on the electronic filing receipt. This filing may be accessed through the Court's CM/ECF system.

*/s/ W.B. Markovits*
W.B. Markovits (0018514)