## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

|  |  |
|---|---|
| OHIO PUBLIC EMPLOYEES RETIREMENT SYSTEM, On Behalf of Itself and all Others Similarly Situated, | ) ) ) ) |
|  | ) CIVIL ACTION NO. 4:08-CV-00160 |
| Plaintiff, | ) ) JUDGE BENITA Y. PEARSON |
| v. | ) ) MAGISTRATE JUDGE ) WILLIAM H. BAUGHMAN, JR. |
| FEDERAL HOME LOAN MORTGAGE CORPORATION, a/k/a FREDDIE MAC, RICHARD F. SYRON, PATRICIA L. COOK, ANTHONY S. PISZEL AND EUGENE M. McQUADE, | ) ) **DEFENDANTS'** ) **UNOPPOSED MOTION** ) **TO AMEND BRIEFING SCHEDULE** ) |
|  | ) |
| Defendants. | ) |

Defendants, Federal Home Loan Mortgage Corporation ("Freddie Mac"), Richard F. Syron, Patricia L. Cook, Anthony S. Piszel and Eugene M. McQuade (collectively, "Defendants"), hereby move to amend the briefing schedule concerning Lead Plaintiff's Renewed Motion for Class Certification, which was entered by the Court on June 28, 2017.  In support of this Motion, Defendants state as follows:

1.      On June 28, 2017 the Court entered an Order granting Defendants' Unopposed Motion to Amend the Briefing Schedule.  ECF No. 374.  Pursuant to that Order, Defendants' Opposition to Lead Plaintiff's Renewed Motion for Class Certification is due on or before August 25, 2017.

2.      Due to issues that arose in connection with the deposition of Plaintiff's expert, Dr. Feinstein, which led to an additional day of deposition testimony and a supplemental production, Defendants respectfully request that the Court extend by one week, to September 1, 2017, the

DB3/ 201574899

deadline by which Defendants must file their Opposition to Lead Plaintiff's Renewed Motion for Class Certification.

3. Counsel for Freddie Mac has conferred with counsel for Lead Plaintiff, and Lead Plaintiff does not oppose the relief Defendants request herein.

**WHEREFORE**, Defendants respectfully request that the Court amend the briefing schedule for Defendants' Opposition to Lead Plaintiff's Renewed Motion for Class Certification by extending to September 1, 2017 the deadline by which Defendants must file their Opposition briefing.

Dated:  August 22, 2017

**FEDERAL HOME LOAN MORTGAGE CORPORATION**

By its attorneys,

 */s/ Hugh E. McKay*
Hugh E. McKay (0023017)
PORTER WRIGHT MORRIS & ARTHUR LLP
950 Main Avenue, Suite 500
Cleveland, OH 44113
Tel:  (216) 443-2580
Fax:  (216) 443-9011
E-mail: hmckay@porterwright.com

Jordan D. Hershman
Jason D. Frank
William R. Harb
Emily E. Renshaw
MORGAN, LEWIS & BOCKIUS LLP
One Federal Street
Boston, MA  02110-1726
Tel: (617) 951-8455
Fax: (617) 951-8736
E-mail: jordan.hershman@morganlewis.com
E-mail: jason.frank@morganlewis.com
E-mail: william.harb@morganlewis.com
E-mail: emily.renshaw@morganlewis.com

**RICHARD F. SYRON**

By his attorneys,


 */s/ Frank R. Volpe*
John C. Fairweather (0018216)
Lisa S. DelGrosso (0064938)
Kerri L. Keller (0075075)
BROUSE MCDOWELL
388 S. Main Street, Suite 500
Akron, Ohio  44311
Tel:  (330) 535-5711
Fax:  (330) 253-8601
E-mail:  jfairweather@brouse.com
E-mail:  ldelgrosso@brouse.com
E-mail:  kkeller@brouse.com

Thomas C. Green
Mark D. Hopson
Frank R. Volpe
SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, DC  20005
Tel:  (202) 736-8000
Fax:  (202) 736-8711
E-mail:  tcgreen@sidley.com
E-mail:  mhopson@sidley.com
E-mail:  fvolpe@sidley.com

**PATRICIA L. COOK**

By her attorneys,


 */s/ Carl S. Kravitz*
John C. Fairweather (0018216)
Lisa S. DelGrosso (0064938)
Kerri L. Keller (0075075)
BROUSE MCDOWELL
388 S. Main Street, Suite 500
Akron, Ohio  44311
Tel:  (330) 535-5711
Fax:  (330) 253-8601
E-mail:  jfairweather@brouse.com
E-mail:  ldelgrosso@brouse.com

E-mail:  kkeller@brouse.com
Carl S. Kravitz
Adam L. Fotiades
ZUCKERMAN SPAEDER LLP
1800 M Street N.W., Suite 1000
Washington, DC 20036
Tel: (202) 778-1800
Fax: (202) 822-8106
E-mail: ckravitz@zuckerman.com
E-mail: afotiades@zuckerman.com


**ANTHONY S. PISZEL**

By his attorneys,


   /s/ James K. Goldfarb
Joseph C. Weinstein (0023504)
Steven A. Delchin (0068276)
SQUIRE SANDERS (US) LLP
4900 Key Tower
127 Public Square
Cleveland, OH  44114-1304
Tel:   (216) 479-8500
Fax:  (216) 479-8780
E-mail:  joe.weinstein@squirepb.com
E-mail: steven.delchin@squirepb.com

James K. Goldfarb
Michael V. Rella
MURPHY & MCGONIGLE, P.C.
1185 Avenue of the Americas, 21st Floor
New York, NY  10036
Tel:   (212) 880-3961
E-mail:  jgoldfarb@mmlawus.com
E-mail: mrella@mmlawus.com

William E. Donnelly
MURPHY & MCGONIGLE, P.C.
1001 G Street, N.W.
Seventh Floor
Washington, DC 20001 Tel:   (202) 661-7000
Fax:  (202) 661-7059
E-mail:  william.donnelly@mmlawus.com


DB3/ 201574899

- 4 -

**EUGENE M. MCQUADE**

By his attorneys,


 */s/ Michael S. Doluisio*
Joseph C. Weinstein (0023504)
Steven A. Delchin (0068276)
SQUIRE SANDERS (US) LLP
4900 Key Tower
127 Public Square
Cleveland, OH  44114-1304
Tel:   (216) 479-8500
Fax:  (216) 479-8780
E-mail:  joe.weinstein@squirepb.com
E-mail: steven.delchin@squirepb.com

Andrew J. Levander
DECHERT LLP
1095 Avenue of the Americas
New York, NY  10036-6797
Tel:   (212) 698-3683
Fax:  (212) 698-3599
E-mail:  andrew.levander@dechert.com

Michael S. Doluisio
DECHERT LLP
Cira Centre
2929 Arch Street
Philadelphia, PA  19104-2808
Tel:   (215) 994-2139
Fax:  (215) 655-2139
E-mail:  michael.doluisio@dechert.com

- 6 -

## CERTIFICATE OF SERVICE

I hereby certify that on August 22, 2017, a copy of the foregoing "DEFENDANTS' UNOPPOSED MOTION TO AMEND BRIEFING SCHEDULE" was filed electronically. Notice of this filing will be sent by operation of the Court's CM/ECF system to all parties indicated on the electronic filing receipt.  This filing may be accessed through the Court's CM/ECF system.

*/s/ Hugh E. McKay*
Hugh E. McKay