UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| OHIO PUBLIC EMPLOYEES RETIREMENT SYSTEM, On Behalf of Itself and all Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> FEDERAL HOME LOAN MORTGAGE CORPORATION, a/k/a FREDDIE MAC, RICHARD F. SYRON, PATRICIA L. COOK, ANTHONY S. PISZEL, and EUGENE M. McQUADE, <br><br> Defendants. | CIVIL ACTION NO. 4:08-cv-160 <br><br> JUDGE BENITA Y. PEARSON |

**DEFENDANT ANTHONY S. PISZEL'S JOINDER TO DEFENDANT FREDDIE MAC'S MEMORANDUM OF LAW IN OPPOSITION TO LEAD PLAINTIFF'S RENEWED MOTION FOR CLASS CERTIFICATION**

Defendant Anthony S. Piszel respectfully submits this memorandum of law in opposition to the renewed motion for class certification filed by lead plaintiff Ohio Public Employees Retirement System ("OPERS") on June 12, 2017 (the "Motion").  For the reasons set forth in the memorandum of law in opposition to the Motion that defendant Freddie Mac is contemporaneously filing – which reasons Mr. Piszel adopts in their entirety – the Court should deny the Motion.

2

Dated:  September 1, 2017
   New York, New York

                MURPHY & MCGONIGLE, P.C.

              By: /s/ James K. Goldfarb

                James K. Goldfarb (*pro hac vice*)
                *jgoldfarb@mmlawus.com*

                Michael V. Rella (*pro hac vice*)
                *mrella@mmlawus.com*
                1185 Avenue of the Americas, 21st Fl.
Of Counsel:           New York, New York 10036

 Joseph C. Weinstein      (212) 880-3999
 *joe.weinstein@squiresanders.com*
 Squire Patton Boggs      William E. Donnelly (*pro hac vice*)
 4900 Key Tower        *wdonnelly@mmlawus.com*
 127 Public Square       1001 G Street, N.W., Seventh Floor
 Cleveland, Ohio 44114     Washington, D.C. 20004
 Tel.: (216) 479-8500      (202) 661-7000
 Fax: (216) 479-8780

                *Attorneys for Defendant Anthony S. Piszel*

2

## CERTIFICATE OF SERVICE

I hereby certify that on September 1, 2017, a copy of the foregoing document was filed electronically.  Notice of this filing will be sent by operation of the Court's CM/ECF system to all parties indicated on the electronic filing receipt.  Parties may access this filing through the Court's system.

By:  /s/James K. Goldfarb
James K. Goldfarb

4826-6527-6238