PEARSON, J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| OHIO PUBLIC EMPLOYEES RETIREMENT SYSTEM, | ) | CASE NO. 4:08-CV-160 |
| | ) | |
| Plaintiff, | ) | |
| | ) | JUDGE BENITA Y. PEARSON |
| v. | ) | |
| | ) | |
| FEDERAL HOME LOAN MORTGAGE CORP., *et al.*, | ) | **ORDER** |
| | ) | |
| Defendants. | | |

The above-captioned action is hereby referred to the Honorable William H. Baughman,

Jr., United States Magistrate Judge, pursuant to 28 U.S.C. § 636 and Local Rules 72.1 and

72.2(a), for resolution of the parties' discovery dispute.  ECF No. 378.

IT IS SO ORDERED.

___September 1, 2017___          ___/s/ Benita Y. Pearson___
Date                             Benita Y. Pearson
                                 United States District Judge