**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

|  |  |
|---|---|
| OHIO PUBLIC EMPLOYEES RETIREMENT SYSTEM, On Behalf of Itself and all Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>FEDERAL HOME LOAN MORTGAGE CORPORATION a/k/a FREDDIE MAC, RICHARD F. SYRON, PATRICIA L. COOK, ANTHONY S. PISZEL, and EUGENE M. McQUADE,<br><br>Defendants. | CIVIL ACTION NO. 4:08-cv-160<br><br>JUDGE BENITA Y. PEARSON |

## DEFENDANT RICHARD F. SYRON'S JOINDER TO DEFENDANT FREDDIE MAC'S MEMORANDUM OF LAW IN OPPOSITION TO LEAD PLAINTIFF'S RENEWED MOTION FOR CLASS CERTIFICATION

Defendant Richard F. Syron opposes the renewed motion for class certification filed by lead plaintiff Ohio Public Employees Retirement System ("OPERS") on June 12, 2017.  Rather than burdening this Court with duplicative filings, Mr. Syron incorporates by reference the substance of the arguments made in Defendant Freddie Mac's Memorandum of Law in Opposition to the Renewed Motion for Class Certification, to be filed on this date.  For the reasons set forth Defendant Freddie Mac's Motion and Memorandum of Law in Opposition to the Renewed Motion for Class Certification, the Court should deny the Motion.

Dated: September 1, 2017

Respectfully submitted

/s/ Frank R. Volpe

**SIDLEY AUSTIN LLP**
Thomas C. Green (admitted *pro hac vice*)
Mark D. Hopson (admitted *pro hac vice*)
Frank R. Volpe (admitted *pro hac vice*)
1501 K Street, N.W.
Washington, D.C. 20005
Phone: (202) 736-8366
Fax: (202) 736-8711
Email: tcgreen@sidley.com
Email: mhopson@sidley.com
Email: fvolpe@sidley.com

**BROUSE McDOWELL**
John C. Fairweather (0018216)
Lisa S. DelGrosso (0064938)
Kerri L. Keller (0075075)
388 S. Main Street; Suite 500
Akron, Ohio 44311
Phone: (330) 535-5711
Fax: (330) 253-8601
Email: jfairweather@brouse.com
Email: ldelgrosso@brouse.com
Email: kkeller@brouse.com

Counsel for Defendant Richard F. Syron

## CERTIFICATE OF SERVICE

I hereby certify that on September 1, 2017, a copy of the foregoing document was filed electronically. Notice of this filing will be sent by operation of the Court's CM/ECF system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

By: /s/ Frank R. Volpe