**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| OHIO PUBLIC EMPLOYEES RETIREMENT SYSTEM, on behalf of itself and all others similarly situated, | ) ) ) ) | CIVIL ACTION NO. 4:08-CV-00160 |
| Plaintiff, | ) ) ) | JUDGE BENITA Y. PEARSON |
| v. | ) ) ) | |
| FEDERAL HOME LOAN MORTGAGE CORPORATION, a/k/a FREDDIE MAC, RICHARD F. SYRON, PATRICIA L. COOK, ANTHONY S. PISZEL AND EUGENE M. McQUADE, | ) ) ) ) ) ) ) | |
| Defendants. | ) | |

**DEFENDANT PATRICIA L. COOK'S OPPOSITION TO**
**LEAD PLAINTIFF'S RENEWED MOTION FOR CLASS CERTIFICATION**

Defendant Patricia L. Cook ("Ms. Cook"), by and through her undersigned counsel, hereby opposes Lead Plaintiff's Renewed Motion for Class Certification, dated June 12, 2017 (the "Motion"). In the interest of judicial economy, rather than re-stating all of the reasons that Lead Plaintiff's Motion fails to satisfy the requirements of Rule 23 of the Federal Rules of Civil Procedure, Ms. Cook adopts in its entirety Defendant Freddie Mac's Memorandum of Law in Opposition to Lead Plaintiff's Renewed Motion for Class Certification, which was filed on this date, along with the supporting exhibits thereto.

Dated: September 1, 2017

*/s/ Adam L. Fotiades*

Carl S. Kravitz (admitted *pro hac vice*)
Adam L. Fotiades (admitted *pro hac vice*)
ZUCKERMAN SPAEDER LLP
1800 M Street NW
Suite 1000
Washington, DC 20036
Phone: (202) 778-1800
Fax: (202) 822-8106
Email: ckravitz@zuckerman.com
Email: afotiades@zuckerman.com

Alicia L. Shelton (admitted *pro hac vice*)
ZUCKERMAN SPAEDER LLP
100 East Pratt Street
Suite 2440
Baltimore, Maryland 21202
Phone: (410) 332-1245
Fax: (410) 659-0436
Email: ashelton@zuckerman.com

John C. Fairweather (# 0018216)
Lisa S. DelGrosso (# 0064938)
Kerri L. Keller (# 0075075)
BROUSE McDOWELL
388 S. Main Street; Suite 500
Akron, Ohio 44311
Phone: 330.535.5711
Fax: 330.253.8601
Email: jfairweather@brouse.com
Email: ldelgrosso@brouse.com
Email: kkeller@brouse.com

*Attorneys for Defendant Patricia L. Cook*

- 2 -

- 3 -

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on September 1, 2017, a copy of the foregoing document was filed electronically.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.  Parties may access this filing through the Court's system.

*/s/ Adam L. Fotiades*
Adam L. Fotiades

- 3 -