IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| OHIO PUBLIC EMPLOYEES RETIREMENT SYSTEM, | ) ) ) | CASE NO. 4:08 CV 160 |
| | ) | JUDGE BENITA Y. PEARSON |
| Plaintiff, | ) ) | |
| v. | ) ) ) | MAGISTRATE JUDGE WILLIAM H. BAUGHMAN, JR. |
| FEDERAL HOME LOAN MORTGAGE CORPORATION, *et al.*, | ) ) ) | **ORDER** |
| Defendants. | | |

This case was referred to me by District Judge Benita Y. Pearson for resolution of a discovery dispute.[1]

On consideration whereof, lead counsel are hereby ordered to meet and confer regarding the discovery dispute at Courtroom 10A, 801 West Superior Avenue, Cleveland, Ohio, beginning at 10:00 a.m. on Thursday, September 21, 2017. If counsel are unable to resolve the dispute through such consultation, I will hold a status conference on September 21, 2017 at 1:30 p.m.

To assist counsel in resolving this dispute, the Court hereby orders as follows:

- Leave is hereby granted to conduct depositions by remote means under Fed.R.Civ.P. 30(b)(4); and

- Issues of "attorney client privilege" and "work product protection," are best determined with decisions of the merits.  To avoid premature and unnecessary

---

[1] ECF # 380.

-2-

disputes over disclosures of documents claimed to be subject to attorney-client privilege or the work product protection, I hereby order, under Federal Rule of Evidence 502(d), that such disclosures will not constitute a waiver of the attorney-client privilege or work product protection, as applicable, in this litigation or in any other federal or state proceeding. A party may make any disclosure to which this order applies under the terms of a protective order approved and entered by the Court.

• On or before **September 18, 2017**, the parties must exchange and file with the Court initial, corrected, or supplemental disclosures under Federal Rule of Civil Procedure 26(a)(1). I hereby impose on the parties a continuing duty to supplement and correct any and all such disclosures as appropriate under Civil Rule 26(e)(1). Each initial disclosure and any supplement or correction thereto must be signed by lead counsel for the party making it, and such signature will have the effect provided by Civil Rule 26(g)(1)(A).

I urge counsel to talk and reach an agreement before September 21, 2017.

If advised of an agreement, the proceedings for September 21, 2017, will be canceled.

IT IS SO ORDERED.


Dated: September 7, 2017             s/ William H. Baughman, Jr.
                                                   United States Magistrate Judge