**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| OHIO PUBLIC EMPLOYEES RETIREMENT SYSTEM, On Behalf of Itself and all Others Similarly Situated, | CIVIL ACTION NO. 4:08-cv-160 |
| | JUDGE BENITA Y. PEARSON |
| Plaintiff, | |
| vs. | |
| FEDERAL HOME LOAN MORTGAGE CORPORATION, a/k/a FREDDIE MAC, RICHARD F. SYRON, PATRICIA L. COOK, ANTHONY S. PISZEL, and EUGENE M. McQUADE, | |
| Defendants. | |

**NOTICE OF WITHDRAWAL OF JONATHAN BASHI**
**AS COUNSEL FOR DEFENDANT ANTHONY S. PISZEL**

Pursuant to Local Rule 83.9, notice is hereby given that Jonathan Bashi withdraws his appearance as counsel for Defendant Anthony S. Piszel in the above-captioned action.  Mr. Bashi has left the firm of McGonigle & Murphy, P.C., which is co-counsel to Mr. Piszel.  Counsel for Mr. Piszel remains unchanged otherwise.

Dated:  Sept. 8, 2017

*/s/ Joseph C. Weinstein*
Joseph C. Weinstein (I.D. #0023504)
  joe.weinstein@squirepb.com
SQUIRE PATTON BOGGS (US) LLP
4900 Key Tower
127 Public Square
Cleveland, OH  44114
Telephone:    (216) 479-8500
Facsimile:    (216) 479-8780

*Counsel for Defendant Anthony S. Piszel*

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 8, 2017, a true and correct copy of the foregoing was served on all counsel of record through the CM/ECF system of the United States District Court for the Northern District of Ohio.

Dated:  Sept. 8, 2017               */s/ Joseph C. Weinstein*

*One of the attorneys for Defendant*
*Anthony S. Piszel*