**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| OHIO PUBLIC EMPLOYEES RETIREMENT SYSTEM, On Behalf of Itself and all Others Similarly Situated, | CIVIL ACTION NO. 4:08-cv-160 |
| | JUDGE BENITA Y. PEARSON |
| Plaintiff, | |
| vs. | **MOTION FOR *PRO HAC VICE* ADMISSION OF ATTORNEY BARRY S. GOLD AS ADDITIONAL COUNSEL FOR DEFENDANT ANTHONY S. PISZEL** |
| FEDERAL HOME LOAN MORTGAGE CORPORATION, a/k/a FREDDIE MAC, RICHARD F. SYRON, PATRICIA L. COOK, ANTHONY S. PISZEL, and EUGENE M. McQUADE, | |
| Defendants. | |

Pursuant to Local Rule 83.5(h), and on behalf of Defendant Anthony S. Piszel, the undersigned respectfully requests that attorney Barry S. Gold of Murphy & McGonigle, P.C. be admitted to practice before this Court on a *pro hac vice* basis, as additional counsel for Defendant Piszel.  This motion is supported by the accompanying affidavit of Barry Gold.  As stated therein:

1.  Mr. Gold is an attorney with the law firm of Murphy & McGonigle, P.C. at 1185 Avenue of the Americas, 21st floor, New York, NY 10036.  His office phone number is (212) 880-3978, and his office fax number is (212) 880-3998.  His email address is BGold@mmlawus.com.

2.  Mr. Gold is a member in good standing of the bar of the State of New York, where he was admitted to practice on February 4, 1985.  His State of New York bar registration number is 1961572.  Mr. Gold is also admitted to practice before the United States Court of

Appeals for the Second Circuit and the United States District Courts for the Eastern and Southern Districts of New York.

3.   Mr. Gold is an active attorney in good standing in all of the jurisdictions and courts identified in the preceding paragraph, and has not been disciplined or sanctioned in or by any of those jurisdictions.  Mr. Gold has never been disbarred or suspended from practice.

Accordingly, we respectfully request that Mr. Gold be granted *pro hac vice* admission as additional counsel for Defendant Anthony S. Piszel.

Dated:  Sept. 8, 2017

*/s/ Joseph C. Weinstein*
Joseph C. Weinstein (I.D. #0023504)
  joe.weinstein@squirepb.com
SQUIRE PATTON BOGGS (US) LLP
4900 Key Tower
127 Public Square
Cleveland, OH  44114
Telephone:    (216) 479-8500
Facsimile:    (216) 479-8780

*Counsel for Defendant Anthony S. Piszel*

2

## CERTIFICATE OF SERVICE

I hereby certify that on September 8, 2017, a true and correct copy of the foregoing was served on all counsel of record through the CM/ECF system of the United States District Court for the Northern District of Ohio.


Dated:  Sept. 8, 2017                           */s/ Joseph C. Weinstein*

                                                *One of the attorneys for Defendant*
                                                *Anthony S. Piszel*