PEARSON, J

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | | |
|---|---|---|
| OHIO PUBLIC EMPLOYEES RETIREMENT SYSTEM, | ) ) ) | CASE NO.   4:08-CV-160 |
| Plaintiff, | ) ) | |
| | ) | JUDGE BENITA Y. PEARSON |
| v. | ) ) | |
| FEDERAL HOME LOAN MORTGAGE CORPORATION aka Freddie Mac, *et al.,* | ) ) ) | |
| | ) | **ORDER** |
| Defendants. | ) | [Resolving ECF No. 387] |

Before the Court is Attorney Barry S. Gold's Motion for Admission *Pro Hac Vice*. ECF No. 387.  The motion is accompanied by an affidavit attesting to good standing and by the $120.00 fee (Receipt No. 0647-8317711) as required by Local Rule 83.5(h).

Accordingly, the present motion is granted and the attorney shall be entered on the docket as representing Defendant Anthony S. Piszel .

The attorney is reminded of the requirement to register for CM/ECF and to file and receive all documents electronically.  *See* LR 5.1(c).

IT IS SO ORDERED.

Date:   September 11, 2017

/s/ Benita Y. Pearson
Benita Y. Pearson
United States District Judge