IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| OHIO PUBLIC EMPLOYEES RETIREMENT SYSTEM, on behalf of itself and all others similarly situated, | ) ) ) | CIVIL ACTION NO. 4:08-CV-00160 |
| | ) | Judge Benita Pearson |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| FEDERAL HOME LOAN MORTGAGE CORPORATION a/k/a FREDDIE MAC, et al., | ) ) ) | |
| Defendants. | ) | |

**MOTION FOR ADMISSION *PRO HAC VICE*
OF ATTORNEY ALEXANDRA W. MILLER**

Pursuant to Local Rule 83.5(h) of the Rules of the United States District Court for the

Northern District of Ohio, Defendant Patricia L. Cook moves this Court to grant leave for attorney

Alexandra W. Miller to appear *pro hac vice* in this action on her behalf.  In support of this motion,

the undersigned asserts the following:

1.     Ms. Miller is an attorney with the law firm of Zuckerman Spaeder LLP, which is

located at 1800 M Street N.W., Suite 1000, Washington, D.C. 20036.  Her business telephone

number is (202) 778-1800, and her business facsimile number is (202) 822-8106.

2.     The affidavit of Ms. Miller, which is offered in support of this Motion and contains

the specific information required by Local Rule 83.5(h), is attached hereto as Exhibit A.

3.     As noted in her affidavit, Ms. Miller is a member in good standing of the court in

which she is admitted.  Furthermore, no disciplinary proceedings have been filed or are pending against her, and she has not been disbarred or suspended from practice before any court, department, bureau or commission of any State or the United States.  As also noted, she has never received any reprimand from any such court, department, bureau or commission pertaining to conduct or fitness as a member of any bar.

4.      The undersigned is tendering the required filing fee with this Motion.

WHEREFORE, Defendant Patricia L. Cook respectfully requests that this Court grant attorney Alexandra W. Miller limited admission to appear in this Court, in this particular proceeding, on her behalf.

Respectfully submitted,

  /s/ John C. Fairweather
John C. Fairweather (0018216)
*jfairweather@brouse.com*
Lisa S. DelGrosso (0064938)
*ldelgrosso@brouse.com*
Kerri L. Keller (0075075)
*kkeller@brouse.com*
BROUSE McDOWELL
388 S. Main Street; Suite 500
Akron, Ohio 44311
Phone: 330.535.5711 / Fax: 330.253.8601

*Counsel for Defendants,*
*Patricia L. Cook and Richard F. Syron*

2

CERTIFICATE OF SERVICE

I hereby certify that on September 12, 2017, a copy of the foregoing was filed electronically.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.  Parties may access this filing through the Court's system.

/s/ John C. Fairweather<br>John C. Fairweather (0018216)

[1005348]