UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| OHIO PUBLIC EMPLOYEES RETIREMENT SYSTEM, *etc.*, | : |
| | : |
| | : Civil Action No. 4:08-cv-160 |
| Plaintiff, | : |
| | : JUDGE BENITA Y. PEARSON |
| vs. | : |
| | : |
| FEDERAL HOME LOAN MORTGAGE CORPORATION, *etc., et al.,* | : |
| | : |
| | : |
| Defendants. | : |

**LEAD PLAINTIFF'S MOTION FOR LEAVE
TO FILE A REBUTTAL EXPERT REPORT**

Pursuant to this Court's Order dated December 5, 2016 (Doc. # 354), and Fed. R. Civ. P. 26(a)(2)(D)(ii), Lead Plaintiff Ohio Public Employees Retirement System ("OPERS") hereby moves the Court for the entry of an Order granting leave to file a rebuttal expert report concurrent with its Reply Memorandum in Support of Renewed Motion for Class Certification.  OPERS' motion for class certification was supported by the expert report of Steven Feinstein.  Defendant Freddie Mac's opposition memorandum was accompanied by two expert reports, by Mukesh Bajaj and Paul Gompers, totaling 126 pages of text and raising new arguments in response to Professor Feinstein's opinions.  In the interests of both fairness and a complete record, Professor Feinstein should be allowed to respond.  A proposed form of Order is attached.

Dated: September 12, 2017                  Respectfully submitted,

OHIO ATTORNEY GENERAL
MICHAEL DeWINE
Attorney General of Ohio
30 East Broad Street, 17th Floor
Columbus, Ohio  43215
Telephone:  (614) 387-5600
Facsimile:  (614) 387-6697

*/s/ W.B. Markovits*
W.B. Markovits (0018514)
Joseph T. Deters (0012084)
Christopher D. Stock (0075443)
Terence R. Coates (0085579)
MARKOVITS, STOCK & DEMARCO, LLC
3825 Edwards Road, Suite 650
Cincinnati, Ohio  45209
Telephone:  (513) 651-3700
Facsimile:  (513) 665-0219
E-mail:  bmarkovits@msdlegal.com
E-mail: jdeters@msdlegal.com
E-mail:  cstock@msdlegal.com
E-mail:  tcoates@msdlegal.com

*Special Counsel to the Attorney*
*General of the State of Ohio and*
*Lead Counsel for Lead Plaintiff*

*/s/ Richard S. Wayne*
Richard S. Wayne (0022390)
William K. Flynn (0029536)
Thomas P. Glass (0062382)
Stephen E. Schilling (0086897)
STRAUSS TROY CO., LPA
150 East Fourth Street
Cincinnati, Ohio  45202
Telephone:  (513) 621-2120
Facsimile:  (513) 629-9426
E-mail:  rswayne@strausstroy.com
E-mail:  wkflynn@strausstroy.com
E-mail:  tpglass@strausstroy.com
E-mail:  seschilling@strausstroy.com

*Special Counsel to the Attorney*
*General of the State of Ohio*

2

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

OHIO PUBLIC EMPLOYEES
RETIREMENT SYSTEM, *etc.*,

     Plaintiff,

  vs.

FEDERAL HOME LOAN MORTGAGE
CORPORATION, *etc., et al.,*

     Defendants.

:
:
:
:
:
:
:
:
:
:
:
:
:

Civil Action No. 4:08-cv-160

JUDGE BENITA Y. PEARSON

**LEAD PLAINTIFF'S MEMORANDUM IN SUPPORT
OF ITS MOTION FOR LEAVE TO FILE A REBUTTAL EXPERT REPORT**

By order entered December 5, 2016 (Doc. # 354), this Court stated in part: "No expert rebuttal report on class certification will be allowed absent prior leave of Court."  Lead Plaintiff Ohio Public Employees Retirement System ("OPERS") respectfully requests such an order, to allow its expert to respond to the copious and technical expert reports accompanying the recently-filed Defendant Freddie Mac's Memorandum of Law in Opposition to Lead Plaintiff's Renewed Motion for Class Certification ("Opposition") Doc. # 383, ("Bajaj Report") Doc. # 383-2, ("Gompers Report") Doc. # 383-3.

Accompanying Lead Plaintiff's Renewed Motion for Class Certification and to Appoint Class Representative and Class Counsel (Doc. # 372) was the report of Professor Steven P. Feinstein. (Doc. # 372-3). Professor. Feinstein's 45-page expert report provided two opinions:  1) Freddie Mac common stock traded in an efficient market during the course of the Class Period; and 2) damages in the matter can be computed for all Class Members using a common methodology that is consistent with the Plaintiff's allegations of liability. *Id.,* ¶¶ 20-21. The

3

efficient market analysis was based in large part on the well-accepted *Cammer/Krogman* factors. *Id.*, ¶¶ 41 – 148.

The defense expert reports, attacking Professor Feinstein's opinions, essentially ignore the bulk of Professor Feinstein's report. They ignore and generally do not dispute Professor Feinstein's analysis showing that seven of the eight *Cammer/Krogman* factors are met in this case (apart from a footnote reference regarding S-3 registration). The defense reports instead focus a combined 126 pages of text raising new and technical arguments in critique of Professor Feinstein and in support of their opinions. For example, under *Halliburton II* a defendant is allowed to rebut market efficiency by affirmatively demonstrating a lack of price impact. The Bajaj report claims to do so, and provides an opinion in that regard. Bajaj Report, ¶¶ 162-171, 173.

The arguments in the Bajaj Report and the Gompers Report are largely economic arguments, typically beyond the ken of laypeople. The merits of those arguments are best addressed by the economist to whom they were directed – Professor Feinstein. That is presumably why, in the context of class certification market efficiency and classwide damage analyses, rebuttal reports are common. For example, a Westlaw search for rebuttal reports in securities certification cases came up with 355 hits. *See, e.g., In re Petrobas Sec. Litig.*, 312 F.R.D. 354, 358 (S.D.N.Y. 2016) (Feinstein rebuttal); *Strougo v. Barclays PLC*, 312 F.R.D. 307, 325 n.121 (S.D.N.Y. 2016) (Nye rebuttal); *Hatamian v. Advanced Micro Devices, Inc.*, No. 14-CV-00226 YGR, 2016 WL 1042502, at *7 (N.D. Cal. Mar. 16, 2016) (Coffman rebuttal). In addition, Defendants in the Joint Notice Regarding Daubert Hearing and Oral Argument Regarding Lead Plaintiff's Renewed Motion for Class Certification filed with the Court on September 8, 2017 (Doc # 388) indicated, among other things, that "they anticipate that they will file a Daubert motion regarding the admissibility of the opinions and testimony of Dr. Feinstein following the close of briefing on Lead

Plaintiff's Renewed Motion." A rebuttal report will provide Dr. Feinstein with the opportunity to address the reports of Defendants' experts. It would be manifestly unfair if Professor Feinstein is not allowed to respond to the attacks against him.

The Court would benefit from, and fairness would be served by, allowing Professor Feinstein to respond to the new and technical arguments raised in the Bajaj Report and the Gompers Report. For these reasons, OPERS respectfully requests that its motion for leave to file an expert rebuttal report be granted.

Dated: September 12, 2017             Respectfully submitted,

OHIO ATTORNEY GENERAL
MICHAEL DeWINE
Attorney General of Ohio
30 East Broad Street, 17th Floor
Columbus, Ohio 43215
Telephone: (614) 387-5600
Facsimile: (614) 387-6697

*/s/ W.B. Markovits*
W.B. Markovits (0018514)
Joseph T. Deters (0012084)
Christopher D. Stock (0075443)
Terence R. Coates (0085579)
MARKOVITS, STOCK & DEMARCO, LLC
3825 Edwards Road, Suite 650
Cincinnati, Ohio  45209
Telephone:  (513) 651-3700
Facsimile:  (513) 665-0219
E-mail: bmarkovits@msdlegal.com
E-mail: jdeters@msdlegal.com
E-mail: cstock@msdlegal.com
E-mail: tcoates@msdlegal.com

*Special Counsel to the Attorney*
*General of the State of Ohio and*
*Lead Counsel for Lead Plaintiff*

*/s/ Richard S. Wayne*
Richard S. Wayne (0022390)
William K. Flynn (0029536)

5

Thomas P. Glass (0062382)
Stephen E. Schilling (0086897)
STRAUSS TROY CO., LPA
150 East Fourth Street
Cincinnati, Ohio 45202
Telephone: (513) 621-2120
Facsimile: (513) 629-9426
E-mail:  rswayne@strausstroy.com
E-mail:  wkflynn@strausstroy.com
E-mail:  tpglass@strausstroy.com
E-mail:  seschilling@strausstroy.com

*Special Counsel to the Attorney*
*General of the State of Ohio*

6

## CERTIFICATE OF SERVICE

I hereby certify that on September 12, 2017, a copy of the foregoing was filed electronically.  Notice of this filing will be sent by operation of the Court's CM/ECF system to all parties indicated on the electronic filing receipt.  This filing may be accessed through the Court's CM/ECF system.

*/s/ W.B. Markovits*
W.B. Markovits (0018514)