PEARSON, J

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | | |
|---|---|---|
| OHIO PUBLIC EMPLOYEES RETIREMENT SYSTEM, | ) | CASE NO.  4:08-CV-160 |
| | ) | |
| Plaintiff, | ) | |
| | ) | JUDGE BENITA Y. PEARSON |
| v. | ) | |
| | ) | |
| FEDERAL HOME LOAN MORTGAGE CORPORATION aka Freddie Mac, *et al.,* | ) | |
| | ) | **ORDER** |
| Defendants. | ) | [Resolving ECF No. 390] |

Before the Court is Attorney Alexandra W. Miller's Motion for Admission *Pro Hac Vice*. ECF No. 390.  The motion is accompanied by an affidavit attesting to good standing and by the $120.00 fee (Receipt No. 0647-8322862) as required by Local Rule 83.5(h).

Accordingly, the present motion is granted and the attorney shall be entered on the docket as representing Defendant Patricia L. Cook.

The attorney is reminded of the requirement to register for CM/ECF and to file and receive all documents electronically.  *See* LR 5.1(c).

IT IS SO ORDERED.

Date:    September 14, 2017          /s/ Benita Y. Pearson
                                 Benita Y. Pearson
                                 United States District Judge