**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

|  |  |  |
|---|---|---|
| OHIO PUBLIC EMPLOYEES RETIREMENT SYSTEM, On Behalf of Itself and all Others Similarly Situated, | ) ) ) ) | CIVIL ACTION NO. 4:08-CV-00160 |
|  | ) | |
| Plaintiff, | ) | JUDGE BENITA Y. PEARSON |
|  | ) | |
| v. | ) ) | MAGISTRATE JUDGE WILLIAM H. BAUGHMAN, JR. |
| FEDERAL HOME LOAN MORTGAGE CORPORATION, a/k/a FREDDIE MAC, RICHARD F. SYRON, PATRICIA L. COOK, ANTHONY S. PISZEL AND EUGENE M. McQUADE, | ) ) ) ) ) | **UNOPPOSED MOTION TO CONTINUE STATUS CONFERENCE** |
|  | ) | |
| Defendants. | ) | |

Defendant Federal Home Loan Mortgage Corporation ("Freddie Mac") respectfully moves for a brief continuance of the deadlines set forth in the Court's Order dated September 7, 2017.  ECF No. 385.

In support of this motion, the Freddie Mac states as follows:

1.      On September 7, 2017 Magistrate Judge Baughman scheduled a status conference for Thursday, September 21, 2017 at 10:00 a.m. to address discovery issues raised by Plaintiff Ohio Public Employees Retirement System ("OPERS") in a letter dated September 1, 2017. Id. In addition to the status conference, the Court ordered the parties to exchange supplemental disclosures under Federal Rule of Civil Procedure 26(a)(1) on or before September 18, 2017. Id.

2.      Counsel for Freddie Mac and OPERS have conferred in an effort to begin to resolve the issues raised by OPERS and would like to have sufficient time to attempt to resolve any differences.

A/75420005

3.      Counsel for Freddie Mac observes Rosh Hashanah, which begins on September 21, the date on which the status conference is currently scheduled.  Furthermore, obligations relating to discovery in this matter, including depositions on September 14, 15, and 19, have limited and will continue to limit the amount of time available to resolve these discovery issues.

4.      For these reasons, the Freddie Mac hereby respectfully requests that the Court reschedule the status conference from September 21, 2017 to October 6, 2017.  Freddie Mac further requests that the deadline for exchanging supplemental 26(a) disclosures extended to October 3, 2017.

5.      Counsel for Freddie Mac has conferred with counsel for Plaintiff, and Plaintiff has no objection to the extension of the dates in the Court's September 7 Order.

**WHEREFORE**, the Freddie Mac hereby respectfully requests that the Court reschedule the status conference to October 6, 2017, and the deadline for the exchange of supplemental disclosures to October 3, 2017.

Dated:  September 14, 2017

**FEDERAL HOME LOAN MORTGAGE CORPORATION**

By its attorneys,

 */s/ Hugh E. McKay*
Hugh E. McKay (0023017)
PORTER WRIGHT MORRIS & ARTHUR LLP
950 Main Avenue, Suite 500
Cleveland, OH 44113
Tel:  (216) 443-2580
Fax:  (216) 443-9011
E-mail: hmckay@porterwright.com

A/75420005

- 3 -

Jordan D. Hershman
Jason D. Frank
William R. Harb
Emily E. Renshaw
MORGAN, LEWIS & BOCKIUS LLP
One Federal Street
Boston, MA  02110-1726
Tel: (617) 951-8455
Fax: (617) 951-8736
E-mail: jordan.hershman@morganlewis.com
E-mail: jason.frank@morganlewis.com
E-mail: william.harb@morganlewis.com
E-mail: emily.renshaw@morganlewis.com

A/75420005

- 4 -

## CERTIFICATE OF SERVICE

I hereby certify that on September 14, 2017, a copy of the foregoing a copy of the foregoing "UNOPPOSED MOTION TO CONTINUE STATUS CONFERENCE" was filed electronically.  Notice of this filing will be sent by operation of the Court's CM/ECF system to all parties indicated on the electronic filing receipt.  This filing may be accessed through the Court's CM/ECF system.

*/s/ Hugh E. McKay*
Hugh E. McKay

A/75420005