**Motion granted.  The meet & confer and status conference scheduled for September 21, 2017 is cancelled and re-set to October 6, 2017 beginning at 10:00 a.m. in courtroom 10A.  If counsel are unable to resolve the dispute, a Status Conference is set for that afternoon at 1:30 PM in Courtroom 10A before Magistrate Judge William H. Baughman Jr. By October 3, 2017 the parties must exchange initial, corrected, or supplemental disclosures. If an agreement is reached before October 4, 2017, the proceedings will be cancelled.**

**s/ William H. Baughman, Jr.**
**William H. Baughman, Jr.**
**United States Magistrate Judge**

**Date: September 15, 2017**

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

|  |  |
|---|---|
| OHIO PUBLIC EMPLOYEES RETIREMENT SYSTEM, On Behalf of Itself and all Others Similarly Situated, | ) ) ) ) ) ) CIVIL ACTION NO. 4:08-CV-00160 |
| Plaintiff, | ) JUDGE BENITA Y. PEARSON ) ) |
| v. | ) MAGISTRATE JUDGE ) WILLIAM H. BAUGHMAN, JR. |
| FEDERAL HOME LOAN MORTGAGE CORPORATION, a/k/a FREDDIE MAC, RICHARD F. SYRON, PATRICIA L. COOK, ANTHONY S. PISZEL AND EUGENE M. McQUADE, | ) ) ) **UNOPPOSED MOTION** ) **TO CONTINUE** ) **STATUS CONFERENCE** |
| Defendants. | ) ) |

Defendant Federal Home Loan Mortgage Corporation ("Freddie Mac") respectfully moves for a brief continuance of the deadlines set forth in the Court's Order dated September 7, 2017.  ECF No. 385.

In support of this motion, the Freddie Mac states as follows:

1.      On September 7, 2017 Magistrate Judge Baughman scheduled a status conference for Thursday, September 21, 2017 at 10:00 a.m. to address discovery issues raised by Plaintiff Ohio Public Employees Retirement System ("OPERS") in a letter dated September 1, 2017.  Id. In addition to the status conference, the Court ordered the parties to exchange supplemental disclosures under Federal Rule of Civil Procedure 26(a)(1) on or before September 18, 2017.  Id.

2.      Counsel for Freddie Mac and OPERS have conferred in an effort to begin to resolve the issues raised by OPERS and would like to have sufficient time to attempt to resolve any differences.

A/75420005