UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| OHIO PUBLIC EMPLOYEES RETIREMENT SYSTEM, etc.,<br><br>Plaintiff,<br><br>vs.<br><br>FEDERAL HOME LOAN MORTGAGE CORPORATION, etc., *et al.*,<br><br>Defendants. | Civil Action No. 4:08-cv-160<br>(Benita Y. Pearson, Judge) |

**LEAD PLAINTIFF'S MOTION FOR LEAVE**
**TO FILE A REBUTTAL EXPERT REPORT *NUNC PRO TUNC***

Pursuant to this Court's Order dated December 5, 2016 (Dkt. 354), and Fed.R.Civ.P. 26(a)(2)(D)(ii), Lead Plaintiff Ohio Public Employees Retirement System ("OPERS") hereby moves the Court for the entry of an Order granting leave to file a rebuttal expert report *nunc pro tunc*. The rebuttal expert report of OPERS' expert, Steven Feinstein, is attached hereto as **Exhibit "A."** The rebuttal expert report responds to new arguments raised in Defendant Freddie Mac's two expert reports, by Mukesh Bajaj and Paul Gompers. These reports respond to Professor Feinstein's opinions.

The accompanying Memorandum and the Motion for Leave to File a Rebuttal Report (Dkt. No. 391) filed on September 12, 2017 (the "Initial Motion to File Rebuttal Expert Report"), and OPERS' Reply to File Rebuttal Report (Dkt. No. 396) filed on September 28, 2017 are submitted in support of this Motion.

Dated: October 16, 2017

Respectfully submitted,

OHIO ATTORNEY GENERAL MICHAEL DeWINE
Attorney General of Ohio
30 East Broad Street, 17th Floor
Columbus, OH 43215
Telephone: (614) 387-5600
Facsimile: (614) 387-6697

/s/ W.B. Markovits
W.B. Markovits (0018514)
Joseph T. Deters (0012084)
Christopher D. Stock (0075443)
Terence R. Coates (0085579)
MARKOVITS, STOCK & DEMARCO, LLC
3825 Edwards Road, Suite 650
Cincinnati, OH 45209
Telephone: (513) 651-3700
Facsimile: (513) 665-0219
E-mail: bmarkovits@msdlegal.com
E-mail: jdeters@msdlegal.com
E-mail: cstock@msdlegal.com
E-mail: tcoates@msdlegal.com

*Special Counsel to the Attorney General of the State of Ohio and Lead Counsel for Lead Plaintiff*

/s/ Richard S. Wayne
Richard S. Wayne (0022390)
William K. Flynn (0029536)
Robert R. Sparks (0073573)
Stephen E. Schilling (0086897)
STRAUSS TROY CO., LPA
150 East Fourth Street
Cincinnati, OH 45202
Telephone: (513) 621-2120
Facsimile: (513) 629-9426
E-mail: rswayne@strausstroy.com
E-mail: wkflynn@strausstroy.com
E-mail: rrsparks@strausstroy.com
E-mail: seschilling@strausstroy.com

*Special Counsel to the Attorney General of the State of Ohio*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| OHIO PUBLIC EMPLOYEES RETIREMENT SYSTEM, etc.,<br><br>Plaintiff,<br><br>vs.<br><br>FEDERAL HOME LOAN MORTGAGE CORPORATION, etc., *et al.*,<br><br>Defendants. | Civil Action No. 4:08-cv-160<br>(Benita Y. Pearson, Judge) |

**MEMORANDUM IN SUPPORT OF**
**LEAD PLAINTIFF'S MOTION FOR LEAVE**
**TO FILE A REBUTTAL EXPERT REPORT *NUNC PRO TUNC***

By order entered December 5, 2016 (Dkt. 354), this Court stated in part: "No expert rebuttal report on class certification will be allowed absent prior leave of Court." Lead Plaintiff Ohio Public Employees Retirement System ("OPERS") on September 12, 2017 filed a Motion (Dkt. No. 391) requesting such an order to allow its expert to respond to the expert reports accompanying Defendant Freddie Mac's Memorandum of Law in Opposition to Lead Plaintiff's Renewed Motion for Class Certification ("Opposition") (Dkt. No. 383), which included the Bajaj Report (Dkt. No. 383-2) and the Gompers Report, (Dkt. No. 383-3) (the "Initial Motion to File Rebuttal Expert Report"). Defendant Freddie Mac opposed OPERS' Motion (Dkt. No. 395) and OPERS filed a Reply in Support of the Motion (Dkt. No. 396). No decision has been entered on OPERS' Initial Motion to File Rebuttal Expert Report.

OPERS, in its Motion to File Rebuttal Expert Report (Dkt. No. 391), identified the reasons for the filing of its Motion and the arguments made in that filing will not be repeated here.

In summary, the defense expert reports, attacking Professor Feinstein's opinions, essentially ignore the bulk of Professor Feinstein's report. Rather, the defense reports focus a combined 126 pages of text raising new and technical arguments in critique of Professor Feinstein and in support of their opinions. The arguments of Defendant Freddie Mac and its expert in opposition to OPERS' Motion for Class Certification are largely economic arguments. The merits of those arguments are best addressed by the economist to whom they were directed – Professor Feinstein. The rebuttal report of Dr. Feinstein addresses the reports of Defendants' experts. It would be manifestly unfair if Professor Feinstein is not allowed to respond to the attacks against him.

For these reasons, OPERS respectfully requests that its motion for leave to file a rebuttal expert report *nunc pro tunc* be granted.

Dated: October 16, 2017

Respectfully submitted,

OHIO ATTORNEY GENERAL MICHAEL DeWINE
Attorney General of Ohio
30 East Broad Street, 17th Floor
Columbus, OH 43215
Telephone: (614) 387-5600
Facsimile: (614) 387-6697

/s/ W.B. Markovits
W.B. Markovits (0018514)
Joseph T. Deters (0012084)
Christopher D. Stock (0075443)
Terence R. Coates (0085579)
MARKOVITS, STOCK & DEMARCO, LLC
3825 Edwards Road, Suite 650
Cincinnati, OH 45209
Telephone: (513) 651-3700
Facsimile: (513) 665-0219
E-mail: bmarkovits@msdlegal.com
E-mail: jdeters@msdlegal.com
E-mail: cstock@msdlegal.com
E-mail: tcoates@msdlegal.com

*Special Counsel to the Attorney General of the State of Ohio and Lead Counsel for Lead Plaintiff*

/s/ Richard S. Wayne
Richard S. Wayne (0022390)
William K. Flynn (0029536)
Robert R. Sparks (0073573)
Stephen E. Schilling (0086897)
STRAUSS TROY CO., LPA
150 East Fourth Street
Cincinnati, OH 45202
Telephone: (513) 621-2120
Facsimile: (513) 629-9426
E-mail: rswayne@strausstroy.com
E-mail: wkflynn@strausstroy.com
E-mail: rrsparks@strausstroy.com
E-mail: seschilling@strausstroy.com

*Special Counsel to the Attorney General of the State of Ohio*

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing has been filed electronically with the U.S. District Court this 16th day of October, 2017. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system. If a party is not given notice electronically through the Court's system a copy will be served by ordinary United States mail, first class postage prepaid, this 16th day of October, 2017.

/s/ W.B. Markovits
W.B. Markovits (0018514)