**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| OHIO PUBLIC EMPLOYEES RETIREMENT SYSTEM, *etc.*, | : | |
| | : | Civil Action No. 4:08-cv-160 |
| Plaintiff, | : | |
| | : | JUDGE BENITA Y. PEARSON |
| vs. | : | |
| | : | |
| FEDERAL HOME LOAN MORTGAGE CORPORATION, *etc.*, *et al.*, | : | MAGISTRATE JUDGE WILLIAM H. BAUGHMAN, JR. |
| | : | |
| Defendants. | : | |

**DECLARATION OF W.B. MARKOVITS IN SUPPORT OF LEAD PLAINTIFF'S REPLY MEMORANDUM IN SUPPORT OF RENEWED MOTION FOR CLASS CERTIFICATION AND TO APPOINT CLASS REPRESENTATIVE AND CLASS COUNSEL**

I, W.B. Markovits, declare as follows:

1. I am a member of the bar of the State of Ohio and Markovits, Stock & DeMarco, LLC, Lead Counsel for the Plaintiff in the above-entitled action. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.
2. Attached hereto are true and correct copies of the following document referenced in Lead Plaintiff's Reply Memorandum in Support of Lead Plaintiff's Renewed Motion for Class Certification and to Appoint Class Representative and Class Counsel, and the Rebuttal Report of Professor Steven P. Feinstein, Ph.D., CFA, (Exhibit 1 below), being filed contemporaneously herewith:

Exhibit 1: Rebuttal Report of Professor Steven P. Feinstein, Ph.D., CFA, dated October 16, 2017.

Exhibit 2: Deposition of Mukesh Bajaj, Ph.D., taken September 26, 2017.

Exhibit 3: Expert Report of Mukesh Bajaj, Ph.D., in *Allergan* litigation, dated October 11, 2016.

Exhibit 4: *Comcast*-related excerpts from prior expert reports of Paul Gompers, Ph.D. as follows:

Expert Report of Paul A. Gompers, dated July 28, 2016, at i-ii, 9-26, 34, in *Willis v. Big Lots, Inc.*, No. 2:12-cv-00604 (S.D. Ohio);

Expert Report of Paul A. Gompers, dated October 2, 2015, at 26-37, in *In re NII Holdings, Inc. Sec. Litig.*, No. 1:14;cv;00227 (E.D. Va.);

Reply Report of Paul A. Gompers, dated December 8, 2015, at 34-37, in *In re Petrobas Sec. Litig.*, Case No. 14-cv-9662 (S.D.N.Y.);

Declaration of Paul A. Gompers, Ph.D., dated March 3, 2015, at 2-3, 10-11, 65, in *Carpenters Pension Trust Fund of St. Louis v. Barclay's PLC,* No. 1:12-cv-5329 (S.D.N.Y.);

Expert Report of Paul A. Gompers, Ph.D., dated October 14, 2016, at i-ii, 28-40, in *Keith Thomas v. Magnachip Semiconductor Corp.*, No. 3:14-cv-01160 (N.D. Cal.);

Expert Report of Paul Gompers, dated December 22, 2016, at i, 19-25, in *Kasper v. AAC Holdings, Inc.*, No. 3:15-cv-00923 (M.D. Tenn.);

Expert Report of Paul A. Gompers, Ph.D., dated December 18, 2015, at 57, in *In re Montage Tech. Grp. Ltd. Sec. Litig.*, No. 3:14-cv-00722 (N.D. Cal.);

Expert Report, Professor Paul Gompers, dated May 1, 2017, in *Lampers v. Green Mountain Coffee Roasters*, No. 2:11-cv-00289 (D. Vt.);

Declaration of Paul Gompers, Ph.D., dated April 6, 2015, at 58-63, in *In re Goldman Sachs Group, Inc. Sec. Litig.*, No. 1:10-cv-03461 (S.D.N.Y.); and,

Expert Report of Paul Gompers, dated September 5, 2014, at i, in *City of Austin Police Ret. Sys. v. Kinross Gold Corp.*, No. 1:12-cv-01203 (S.D.N.Y.).

Exhibit 5: Deposition of Paul Gompers, Ph.D., taken September 15, 2017.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 16th day of October, 2017 at Cincinnati, Ohio.

/s/ *W. B. Markovits*
W.B. Markovits (0018514)

**CERTIFICATE OF SERVICE**

I hereby certify that on October 16, 2017 a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's CM/ECF system to all parties indicated on the electronic filing receipt. This filing may be accessed through the Court's CM/ECF system.

/s/ *W. B. Markovits*
W.B. Markovits (0018514)