PEARSON, J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| OHIO PUBLIC EMPLOYEES RETIREMENT SYSTEM, *etc.*, | ) | CASE NO. 4:08CV0160 |
| Plaintiff, | ) | JUDGE BENITA Y. PEARSON |
| v. | ) | |
| FEDERAL HOME LOAN MORTGAGE CORPORATION, *etc.*, *et al.*, | ) | **ORDER** |
| Defendants. | ) | [Resolving ECF Nos. 391 and 404] |

Pending are Lead Plaintiff's Motions for Leave to File a Rebuttal Expert Report (ECF No. 391) and for Leave to File a Rebuttal Expert Report *Nunc Pro Tunc* (ECF No. 404).[1] Lead Plaintiff moves the Court for leave to file the Rebuttal Report of Steven P. Feinstein, Ph.D., CFA, dated October 16, 2017 (ECF No. 404-1).[2] Defendant Federal Home Loan Mortgage Corporation ("Freddie Mac") argues that Prof. Feinstein's Rebuttal Report (ECF No. 404-1) is improper and would result in unfairness, waste, and unnecessary delay. The Court has been advised, having reviewed the record, the parties' briefs, and the applicable law. For the reasons set forth below, Lead Plaintiff's motions are granted.

---

[1] ECF No. 404 was filed contemporaneously with Lead Plaintiff's Reply Memorandum in Support of Renewed Motion for Class Certification (ECF No. 405). ECF No. 404 incorporates the arguments previously made in ECF No. 391, but does not set forth any new arguments.

[2] The Rebuttal Report is also included as an exhibit to Lead Plaintiff's Reply Memorandum in Support of Renewed Motion for Class Certification (ECF No. 405), which was due on October 16, 2017. *See* Order (ECF No. 354) at PageID #: 16012, ¶ 3.

(4:08CV0160)

The within putative class action suit alleging securities fraud is now at the certification stage. On June 12, 2017, Lead Plaintiff filed a Renewed Motion for Class Certification (ECF No. 372). Attached thereto is the Expert Report of Prof. Feinstein, dated June 7, 2017 (ECF No. 372-3 at PageID #: 18511- 18604). On September 1, 2017, Freddie Mac filed a Memorandum in Opposition (ECF No. 383).[3] Attached thereto are the Expert Reports of Mukesh Bajaj, Ph.D., dated September 1, 2017 (ECF No. 383-2) and Paul A. Gompers, Ph.D., dated September 1, 2017 (ECF No. 383-3). The Court previously entered an Order (ECF No. 354) that provides, in pertinent part: "No expert rebuttal report on class certification will be allowed absent prior leave of Court." ECF No. 354 at PageID #: 16012, ¶ 3. Therefore, Lead Plaintiff filed the within motions for leave.

Fed. R. Civ. P. 26(a)(2)(D) provides:

> (D) *Time to Disclose Expert Testimony*. A party must make these disclosures at the times and in the sequence that the court orders. Absent a stipulation or a court order, the disclosures must be made:
>
> (i) at least 90 days before the date set for trial or for the case to be ready for trial; or
>
> (ii) if the evidence is intended solely to contradict or rebut evidence on the same subject matter identified by another party under Rule 26(a)(2)(B) or (C), within 30 days after the other party's disclosure.

The case at bar has not been set for trial and Lead Plaintiff moved for leave within 11 days after the Expert Reports of Drs. Bajaj (ECF No. 383-2) and Gompers (ECF No. 383-3) were filed. Moreover, a *Daubert* motion challenging Prof. Feinstein has yet to be filed by Defendants. The

---

[3] Defendants Richard F. Syron, Patricia L. Cook, Anthony S. Piszel, and Eugene M. McQuade join in the substance of the arguments made in Freddie Mac's memorandum in opposition. *See* ECF Nos. 379, 381, 382, and 384.

Court finds that the production of the Rebuttal Report of Prof. Feinstein (ECF No. 404-1) is both proper and timely. *See Gonzalez Production Systems, Inc. v. Martinrea International Inc.*, No. 13-cv-11544, 2015 WL 4934628, at *12 (E.D.Mich. Aug. 18, 2015) (agreeing with the reasoning of *Martin v. SMAC Fisheries, LLC*, No. 3:11-CV-00012 JWS, 2012 WL 1951160, at *2 (D.Alaska May 30, 2012) in a case with no rebuttal expert reports). Nonetheless, nothing in this Order should be construed as a determination of the ultimate admissibility of Prof. Feinstein's expert opinions – his testimony may still be excluded on other grounds, *e.g.* a *Daubert* motion.

Lead Plaintiff's Motions for Leave to File a Rebuttal Expert Report (ECF No. 391) and for Leave to File a Rebuttal Expert Report *Nunc Pro Tunc* (ECF No. 404) are granted. The Rebuttal Report of Prof. Feinstein (ECF No. 404-1) is deemed filed as of today. On a date(s) on or before November 8, 2017 agreed to by lead counsel of record, Prof. Feinstein must appear for deposition and give additional testimony on his new opinions and/or his newly articulated bases for his prior opinions.

IT IS SO ORDERED.

October 18, 2017
Date

*/s/ Benita Y. Pearson*
Benita Y. Pearson
United States District Judge