UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| OHIO PUBLIC EMPLOYEES RETIREMENT SYSTEM, *etc.*,<br><br>Plaintiff,<br><br>vs.<br><br>FEDERAL HOME LOAN MORTGAGE CORPORATION, *etc.*, *et al.*,<br><br>Defendants. | Civil Action No. 4:08-cv-160<br><br>JUDGE BENITA Y. PEARSON<br><br>MAGISTRATE JUDGE WILLIAM H. BAUGHMAN, JR. |

**LEAD PLAINTIFF'S MOTION TO EXCLUDE**
**<u>THE EXPERT TESTIMONY OF DR. MUKESH BAJAJ</u>**

**[ORAL ARGUMENT REQUESTED]**

Lead Plaintiff, Ohio Public Employees Retirement System ("OPERS"), hereby moves this Court to enter an order excluding the report, opinions, and testimony of Mukesh Bajaj, the expert witness of Defendant Federal Home Loan Mortgage Corporation ("Freddie Mac"), as well as all evidence that is based upon, or directly or indirectly references, Dr. Bajaj's report, opinions, or testimony. Dr. Bajaj's report, opinions, and testimony are irrelevant, unhelpful, confusing, and unfairly prejudicial and do not meet the threshold of admissibility for expert evidence set forth in Rules 403 and 702 of the Federal Rules of Evidence, as interpreted by the United States Supreme Court in *Daubert v. Merrill Down Pharmaceuticals, Inc.*, 509 U.S. 579 (1993). OPERS' Memorandum in Support of this Motion is filed contemporaneously herewith.

Dated: February 12, 2018

Respectfully submitted,

OHIO ATTORNEY GENERAL
MICHAEL DeWINE
Attorney General of Ohio
30 East Broad Street, 17th Floor
Columbus, Ohio 43215
Telephone: (614) 387-5600
Facsimile: (614) 387-6697

*/s/ W.B. Markovits*
W.B. Markovits (0018514)
Joseph T. Deters (0012084)
Christopher D. Stock (0075443)
Terence R. Coates (0085579)
MARKOVITS, STOCK & DEMARCO, LLC
3825 Edwards Road, Suite 650
Cincinnati, Ohio 45209
Telephone: (513) 651-3700
Facsimile: (513) 665-0219
E-mail: bmarkovits@msdlegal.com
E-mail: jdeters@msdlegal.com
E-mail: cstock@msdlegal.com
E-mail: tcoates@msdlegal.com

*Special Counsel to the Attorney General of the State of Ohio and Lead Counsel for Lead Plaintiff*

*/s/ Richard S. Wayne*
Richard S. Wayne (0022390)
William K. Flynn (0029536)
Stephen E. Schilling (0086897)
STRAUSS TROY CO., LPA
150 East Fourth Street
Cincinnati, Ohio 45202
Telephone: (513) 621-2120
Facsimile: (513) 629-9426
E-mail: rswayne@strausstroy.com
E-mail: wkflynn@strausstroy.com
E-mail: seschilling@strausstroy.com

*Special Counsel to the Attorney General of the State of Ohio*

**CERTIFICATE OF SERVICE**

I hereby certify that on February 12, 2018, a copy of the foregoing "LEAD PLAINTIFF'S MOTION TO EXCLUDE THE EXPERT TESTIMONY OF DR. MUKESH BAJAJ" was filed electronically. Notice of this filing will be sent by operation of the Court's CM/ECF system to all parties indicated on the electronic filing receipt. This filing may be accessed through the Court's CM/ECF system.

*/s/ W.B. Markovits*
W.B. Markovits (0018514)