UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| OHIO PUBLIC EMPLOYEES RETIREMENT SYSTEM, *etc.*, | : | |
| Plaintiff, | : | Civil Action No. 4:08-cv-160 |
| vs. | : | JUDGE BENITA Y. PEARSON |
| FEDERAL HOME LOAN MORTGAGE CORPORATION, *etc.*, *et al.*, | : | MAGISTRATE JUDGE WILLIAM H. BAUGHMAN, JR. |
| Defendants. | : | |

**DECLARATION OF W.B. MARKOVITS IN SUPPORT OF LEAD PLAINTIFF'S MOTION TO EXCLUDE THE EXPERT TESTIMONY OF DR. MUKESH BAJAJ**

I, W.B. Markovits, declare as follows:

1. I am a member of the bar of the State of Ohio and Markovits, Stock & DeMarco, LLC, Lead Counsel for Lead Plaintiff Ohio Public Employees Retirement System ("OPERS") in the above-captioned matter. I have personal knowledge of the matters stated herein.

2. Attached hereto are true and correct copies of the following documents referenced in Lead Plaintiff's Motion to Exclude the Expert Testimony of Dr. Mukesh Bajaj, filed contemporaneously herewith:

Exhibit 1: Excerpt of Expert Report of Mukesh Bajaj, Ph.D., September 1, 2017, with Appendices I & II. (The full report is available on the docket at ECF No. 383-2.)

Exhibit 2: Excerpt of Deposition of Mukesh Bajaj, Ph.D., September 26, 2017. (The full deposition is available on the docket at ECF No. 406-2.)

Exhibit 3: Deposition of Mukesh Bajaj, Ph.D., January 11, 2013 (also available on the docket at ECF No. 220-5).

Exhibit 4: Expert Report of Mukesh Bajaj, Ph.D., October 11, 2016, issued in Case No. 8:14-cv-02004-DOC-KES (also available on the docket at ECF No. 406-3).

Exhibit 5: Expert Report of Mukesh Bajaj, December 14, 2012 (also available on the docket at ECF No. 214).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 12th day of February, 2018, at Cincinnati, Ohio.

*/s/ W.B. Markovits*
W.B. Markovits (0018514)

**CERTIFICATE OF SERVICE**

I hereby certify that on February 12, 2018, a copy of the foregoing "DECLARATION OF W.B. MARKOVITS IN SUPPORT OF LEAD PLAINTIFF'S MOTION TO EXCLUDE THE EXPERT TESTIMONY OF DR. MUKESH BAJAJ" was filed electronically. Notice of this filing will be sent by operation of the Court's CM/ECF system to all parties indicated on the electronic filing receipt. This filing may be accessed through the Court's CM/ECF system.

*/s/ W.B. Markovits*
W.B. Markovits (0018514)