UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| OHIO PUBLIC EMPLOYEES RETIREMENT SYSTEM, *etc.*,<br><br>Plaintiff,<br><br>vs.<br><br>FEDERAL HOME LOAN MORTGAGE CORPORATION, *etc.*, *et al.*,<br><br>Defendants. | : | Civil Action No. 4:08-cv-160<br><br>JUDGE BENITA Y. PEARSON<br><br>MAGISTRATE JUDGE WILLIAM H. BAUGHMAN, JR. |

**DECLARATION OF W.B. MARKOVITS IN SUPPORT OF LEAD PLAINTIFF'S MOTION TO EXCLUDE THE EXPERT TESTIMONY OF DR. PAUL GOMPERS**

I, W.B. Markovits, declare as follows:

1. I am a member of the bar of the State of Ohio and Markovits, Stock & DeMarco, LLC, Lead Counsel for Lead Plaintiff Ohio Public Employees Retirement System ("OPERS") in the above-captioned matter. I have personal knowledge of the matters stated herein.

2. Attached hereto are true and correct copies of the following documents referenced in Lead Plaintiff's Motion to Exclude the Expert Testimony of Dr. Paul Gompers, filed contemporaneously herewith:

Exhibit 1: Excerpt of Deposition of Paul Gompers, Ph.D., taken September 15, 2017. (The full deposition is available on the docket at ECF No. 406-5.)

Exhibit 2: *Comcast*-related excerpts from prior expert reports of Paul Gompers, Ph.D., as follows (also available on the docket at ECF No. 406-4):

Expert Report of Paul A. Gompers, dated July 28, 2016, at i-ii, 9-26, 34, in *Willis v. Big Lots, Inc.*, No. 2:12-cv-00604 (S.D. Ohio);

Expert Report of Paul A. Gompers, dated October 2, 2015, at 26-37, in *In re NII Holdings, Inc. Sec. Litig.*, No. 1:14;cv;00227 (E.D. Va.);

Reply Report of Paul A. Gompers, dated December 8, 2015, at 34-37, in *In re Petrobas Sec. Litig.*, Case No. 14-cv-9662 (S.D.N.Y.);

Declaration of Paul A. Gompers, Ph.D., dated March 3, 2015, at 2-3, 10-11, 65, in *Carpenters Pension Trust Fund of St. Louis v. Barclay's PLC*, No. 1:12-cv-5329 (S.D.N.Y.);

Expert Report of Paul A. Gompers, Ph.D., dated October 14, 2016, at i-ii, 28-40, in *Keith Thomas v. Magnachip Semiconductor Corp.*, No. 3:14-cv-01160 (N.D. Cal.);

Expert Report of Paul A. Gompers, dated December 22, 2016, at i, 19-25, in *Kasper v. AAC Holdings, Inc.*, No. 3:15-cv-00923 (M.D. Tenn.);

Expert Report of Paul A. Gompers, Ph.D., dated December 18, 2015, at 57, in *In re Montage Tech. Grp. Ltd. Sec. Litig.*, No. 3:14-cv-00722 (N.D. Cal.);

Expert Report, Professor Paul Gompers, dated May 1, 2017, in *Lampers v. Green Mountain Coffee Roasters*, No. 2:11-cv-00289 (D. Vt.);

Declaration of Paul Gompers, Ph.D., dated April 6, 2015, at 58-63, in *In re Goldman Sachs Grp., Inc. Sec. Litig.*, No. 1:10-cv-03461 (S.D.N.Y.); and,

Expert Report of Paul Gompers, dated September 5, 2014, at i, in *City of Austin Police Ret. Sys. v. Kinross Gold Corp.*, No. 1:12-cv-01203 (S.D.N.Y.).

Exhibit 3: Report on Market Efficiency, Professor Steven P. Feinstein, Ph.D., CFA, July 31, 2017, filed in *Luna v. Marvell Technology Group, Ltd.*, Case No. 5:15-cv-05447-WHA (N.D. Cal.), Doc. 160-2.

Exhibit 4: Expert Report of Paul A. Gompers, September 7, 2017, filed in *Luna v. Marvell Technology Group, Ltd.*, Case No. 5:15-cv-05447-WHA (N.D. Cal.), Doc. 180-2.

Exhibit 5: Expert Report of Paul A. Gompers, September 1, 2017 (also available on the docket at ECF No. 383-3).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 12th day of February, 2018, at Cincinnati, Ohio.

*/s/ W.B. Markovits*
W.B. Markovits (0018514)

**CERTIFICATE OF SERVICE**

I hereby certify that on February 12, 2018, a copy of the foregoing "DECLARATION OF W.B. MARKOVITS IN SUPPORT OF LEAD PLAINTIFF'S MOTION TO EXCLUDE THE EXPERT TESTIMONY OF DR. PAUL GOMPERS" was filed electronically. Notice of this filing will be sent by operation of the Court's CM/ECF system to all parties indicated on the electronic filing receipt. This filing may be accessed through the Court's CM/ECF system.

*/s/ W.B. Markovits*
W.B. Markovits (0018514)