# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| OHIO PUBLIC EMPLOYEES RETIREMENT SYSTEM, On Behalf of Itself and all Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> FEDERAL HOME LOAN MORTGAGE CORPORATION, a/k/a FREDDIE MAC, RICHARD F. SYRON, PATRICIA L. COOK, ANTHONY S. PISZEL AND EUGENE M. McQUADE, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> CIVIL ACTION NO. 4:08-CV-00160 <br><br> JUDGE BENITA Y. PEARSON <br><br> MAGISTRATE JUDGE WILLIAM H. BAUGHMAN, JR. |

## DEFENDANT FREDDIE MAC'S MOTION
## TO STRIKE REPORTS AND EXCLUDE THE TESTIMONY OF
## DR. STEVEN P. FEINSTEIN AND FOR AN EVIDENTIARY HEARING

### [ORAL ARGUMENT REQUESTED]

Defendant Federal Home Loan Mortgage Corporation ("Freddie Mac") hereby moves this Court to enter an order excluding any and all testimony from Lead Plaintiff's putative expert witness, Dr. Steven P. Feinstein, on the subject of market efficiency, and strike his reports on the subject as set forth in his report filed with this Court at ECF Nos. 372-3 and 406-1. Dr. Feinstein's opinions on the subject of market efficiency are unreliable and, therefore, do not meet the threshold of admissibility for expert evidence set forth in Rules 403 and 702 of the Federal Rules of Evidence. Freddie Mac also moves this Court to hold an evidentiary hearing at which the Court may further test the reliability of Dr. Feinstein's opinions. In support of this Motion, Freddie Mac relies on its Memorandum of Law, filed contemporaneously herewith.

DB3/ 201777061.1

                     Respectfully submitted,

Dated: February 12, 2018        **FEDERAL HOME LOAN MORTGAGE CORPORATION**

By its attorneys,

*/s/ Hugh E. McKay*
Hugh E. McKay (0023017)
PORTER WRIGHT MORRIS & ARTHUR LLP
950 Main Avenue, Suite 500
Cleveland, OH 44113
Tel:  (216) 443-2580
Fax:  (216) 443-9011
E-mail: hmckay@porterwright.com

Jordan D. Hershman (*pro hac vice*)
Jason D. Frank (*pro hac vice*)
Emily E. Renshaw (*pro hac vice*)
MORGAN, LEWIS & BOCKIUS LLP
One Federal Street
Boston, MA  02110-1726
Tel: (617) 951-8455
Fax: (617) 951-8736
E-mail: jordan.hershman@morganlewis.com
E-mail: jason.frank@morganlewis.com
E-mail: emily.renshaw@morganlewis.com

-3-

## CERTIFICATE OF SERVICE

     I hereby certify that on February 12, 2018, a copy of the foregoing "DEFENDANT FREDDIE MAC'S MOTION TO STRIKE REPORTS AND EXCLUDE THE TESTIMONY OF DR. STEVEN P. FEINSTEIN AND FOR AN EVIDENTIARY HEARING" was filed electronically. Notice of this filing will be sent by operation of the Court's CM/ECF system to all parties indicated on the electronic filing receipt. This filing may be accessed through the Court's CM/ECF system.

                                              */s/ Hugh E. McKay*
                                              Hugh E. McKay