UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| OHIO PUBLIC EMPLOYEES RETIREMENT SYSTEM, *etc.*, | : | Civil Action No. 4:08-cv-160 |
| | : | (Benita Y. Pearson, Judge) |
| Plaintiff, | : | (William H. Baughman, Jr., Mag. Judge) |
| | : | |
| vs. | : | |
| | : | |
| FEDERAL HOME LOAN MORTGAGE CORPORATION, *et al.,* | : | |
| | : | |
| Defendants. | : | |

**DECLARATION OF W.B. MARKOVITS**

I, W.B. Markovits, declare as follows:

1. I am a lead counsel for Plaintiff Ohio Public Employee Retirement System ("OPERS") in the above-captioned matter. I write this declaration in support of Ohio Public Employees Retirement System's Request for *Sua Sponte* Summary Judgment.

2. On March 6, 2019, I spoke with Jordan Hershman, counsel for Freddie Mac, primarily on the topic of how Defendants suggested the case proceed and whether they intended to file for immediate summary judgment based upon the Court's Opinion dated August 14, 2018. Mr. Hershman stated that defendants did not intend to move immediately for summary judgment, but rather intended to wait until all discovery was completed. Mr. Hershman stated that they would provide a proposed schedule shortly.

3. On April 1, 2019, I received an email from Jason Frank, counsel for Freddie Mac, conveying a proposed schedule. That schedule included a proposed dispositive motion deadline of September 21, 2020.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 9th day of May, 2019.

*/s/ W.B. Markovits*
W.B. Markovits

**CERTIFICATE OF SERVICE**

I hereby certify that on May 8, 2018, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's CM/ECF system to all parties indicated on the electronic filing receipt. This filing may be accessed through the Court's CM/ECF system.

*/s/ W.B. Markovits*
W.B. Markovits