**UNITED STATES COURT OF APPEALS**
**FOR THE SIXTH CIRCUIT**

No: 20-4082

Filed: April 28, 2023

OHIO PUBLIC EMPLOYEES RETIREMENT SYSTEM, on behalf of Itself and All Others Similarly Situated

Plaintiff - Appellant

v.

FEDERAL HOME LOAN MORTGAGE CORPORATION, aka Freddie Mac; RICHARD F. SYRON; PATRICIA L. COOK; ANTHONY S. PISZEL; EUGENE M. MCQUADE

Defendants - Appellees

4:08-cv-00160-BYP

MANDATE

Pursuant to the court's disposition that was filed 04/06/2023 the mandate for this case hereby issues today. Reversed and Remanded.

COSTS: None