PEARSON, J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| OHIO PUBLIC EMPLOYEES RETIREMENT SYSTEM, *etc.*, | ) | CASE NO. 4:08CV0160 |
| Plaintiff, | ) | JUDGE BENITA Y. PEARSON |
| v. | ) | |
| FEDERAL HOME LOAN MORTGAGE CORPORATION, *etc.*, *et al.*, | ) | |
| Defendants. | ) | **ORDER** |

On April 6, 2023, the Court of Appeals for the Sixth Circuit reversed a previous order of this Court and remanded this private securities fraud case for further proceedings. *Ohio Pub. Emps. Ret. Sys. v. Fed. Home Loan Mortgage Corp.*, 64 F.4th 731 (6th Cir. 2023) (ECF No. 501). On April 28, 2023, the Clerk of the Sixth Circuit issued the mandate (ECF No. 502) pursuant to Fed. R. App. P. 41.

This case will be reopened on the Court's active docket.

All counsel shall take notice that the above-entitled action is set for a Telephonic Status Conference on June 16, 2023, at 10:30 a.m., at which time lead counsel for Plaintiff shall initiate a telephone conference call to the Court at (330) 884-7435 with lead opposing counsel on the line.

IT IS SO ORDERED.

June 6, 2023
Date

*/s/ Benita Y. Pearson*
Benita Y. Pearson
United States District Judge