**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| **OHIO PUBLIC EMPLOYEES RETIREMENT SYSTEM,**<br><br>Plaintiff,<br><br>v.<br><br>**FEDERAL HOME LOAN MORTGAGE CORPORATION, *et al.***<br><br>Defendants. | Civil Action No. 4:08-cv-00160<br><br>Judge Benita Y. Pearson<br><br>Magistrate Judge Jennifer Dowdell Armstrong |

**PLAINTIFF'S MOTION TO EXCLUDE**
**EXPERT TESTIMONY OF PROF. JOHN COATES**

Plaintiff Ohio Public Employees Retirement System ("Plaintiff"), through counsel, hereby moves the Court to enter an Order excluding the report, opinions, and testimony of Prof. John Coates, identified as an expert witness by Defendant Federal Home Loan Mortgage Corporation ("Freddie Mac"), as well as all evidence that is based upon, or directly or indirectly references, Prof. Coates's report, opinions, or testimony.

Prof. Coates's report, opinions, and testimony are irrelevant, unhelpful, confusing, unfairly prejudicial, and do not meet the threshold of admissibility for expert evidence set forth in Rules 403 and 702 of the Federal Rules of Evidence, as interpreted by the United States Supreme Court in *Daubert v. Merrill Down Pharmaceuticals, Inc.*, 509 U.S. 579 (1993) and its progeny.

Plaintiff's Memorandum in Support of this Motion is filed contemporaneously herewith, together with Expert Report of Professor John Coates ("Coates Report"), attached as **Exhibit 1**, and the Deposition of Professor John Coates ("Coates Depo."), attached as **Exhibit 2**.

Dated: March 15, 2024

**OHIO PUBLIC EMPLOYEES RETIREMENT SYSTEM**

By its attorneys,
OHIO ATTORNEY GENERAL
DAVE YOST

*/s/ W.B. Markovits*
W.B. Markovits (0018514)
Christopher D. Stock (0075443)
Terence R. Coates (0085579)
**MARKOVITS, STOCK & DEMARCO, LLC**
119 East Court Street, Suite 530
Cincinnati, Ohio 45202
Telephone: (513) 651-3700
Facsimile: (513) 665-0219
E-mail: bmarkovits@msdlegal.com
E-mail: cstock@msdlegal.com
E-mail: tcoates@msdlegal.com

*Special Counsel to the Attorney General of the State of Ohio and Lead Counsel for Plaintiff*

Richard S. Wayne (0022390)
William K. Flynn (0029536)
Robert R. Sparks (0073573)
Stephen E. Schilling (0086897)
**STRAUSS TROY CO., LPA**
150 East Fourth Street
Cincinnati, Ohio 45202
Telephone: (513) 621-2120
Facsimile: (513) 629-9426
E-mail: rswayne@strausstroy.com
E-mail: wkflynn@strausstroy.com
E-mail: rrsparks@strausstroy.com
E-mail: seschilling@strausstroy.com

*Special Counsel to the Attorney General of the State of Ohio and Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on March 15, 2024, a copy of the foregoing was served upon counsel of record for all parties by being filed with the Court's electronic-filing system, in accordance with Fed. R. Civ. P. 5(b)(2)(E).

*/s/ W.B. Markovits*
W.B. Markovits