**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| **OHIO PUBLIC EMPLOYEES RETIREMENT SYSTEM,**<br><br>Plaintiff,<br><br>v.<br><br>**FEDERAL HOME LOAN MORTGAGE CORPORATION, et al.**<br><br>Defendants. | Civil Action No. 4:08-cv-00160<br><br>Judge Benita Y. Pearson<br><br>Magistrate Judge Jennifer Dowdell Armstrong |

**OHIO PUBLIC EMPLOYEES RETIREMENT SYSTEM'S MOTION TO STRIKE PORTIONS OF THE REPORT AND EXCLUDE PORTIONS OF THE EXPERT TESTIMONY OF DR. MUKESH BAJAJ AND FOR RELIEF FROM BRIEFING RESTRICTIONS**

Plaintiff Ohio Public Employees Retirement System ("OPERS") hereby moves this Court to enter an order excluding certain testimony from Defendants' putative expert witness, Dr. Mukesh Bajaj, and striking from his report dated January 19, 2024, certain related material.

The testimony and report material sought to be excluded and stricken relate to the following topics: 1) Dr. Bajaj's proposed testimony about background surrounding the Relevant Period; 2) Dr. Bajaj's opinion based on his "stock recovery" analysis; 3) Dr. Bajaj's opinions regarding price impact and loss causation based upon his review of market disclosures on and shortly after November 20, 2007; 4) Dr. Bajaj's opinions regarding materialization of disclosed risks; 5) Dr. Bajaj's opinions addressing materiality or "economic materiality"; 6) Dr. Bajaj's opinions regarding dispersion of EPS estimates prior to November 20, 2007; and 7) Dr. Bajaj's opinions regarding the individual Defendants' stock trading, to the extent he attempts to use it to conclude "they did not benefit from the alleged fraud during the Relevant Period."

These issues are explained in more detail in the supporting Memorandum of Law, filed contemporaneously herewith. OPERS cannot, however, fully brief this motion at this time, which leads to the second aspect of OPERS' motion. This motion is filed in accordance with this Court's Order dated June 23, 2023, which required that any motion to exclude or strike be filed by this date. (Doc. 508). This became practically impossible with respect to Dr. Bajaj because due to his illness his original deposition had to be postponed and rescheduled for two days ago – March 13. This does not allow OPERS' counsel, or its experts, sufficient time to review the deposition transcript, a critical step for fully briefing this motion. Because of this, the parties jointly moved the Court to amend the *Daubert* briefing schedule (Doc. 517), but the Court has not ruled on this Motion.

To prevent unfair prejudice to OPERS, OPERS respectfully requests that the Court either: a) allow OPERS to file an amended memorandum in support of this Motion not later than Monday, March 25, 2024, and amend the subsequent briefing schedule and hearing date accordingly; or b) allow relief from the usual content restrictions as well as the page limitations for a reply, permitting OPERS to fully brief issues at the time currently set for its Reply memorandum.

In either case, OPERS requests, given the extensive number of topics to be briefed, that the Court also allow a 27-page limit for that memorandum, as granted to Defendants for their own *Daubert* motion in the Court's Order entered March 13, 2024 (though counsel may have to request more depending upon the opposition page limits).

This Motion is supported by OPERS' Memorandum of Law, the Declaration of W.B. Markovits (attaching as exhibits four documents referenced in the Memorandum), and alternative Proposed Orders for the Court's consideration.

Respectfully submitted,

Dated: March 15, 2024

**OHIO PUBLIC EMPLOYEES RETIREMENT SYSTEM**

By its attorneys,
OHIO ATTORNEY GENERAL
DAVE YOST

*/s/ W.B. Markovits*
W.B. Markovits (0018514)
Christopher D. Stock (0075443)
Terence R. Coates (0085579)
**MARKOVITS, STOCK & DEMARCO, LLC**
119 East Court Street, Suite 530
Cincinnati, Ohio 45202
Telephone: (513) 651-3700
Facsimile: (513) 665-0219
E-mail: bmarkovits@msdlegal.com
E-mail: cstock@msdlegal.com
E-mail: tcoates@msdlegal.com

*Special Counsel to the Attorney General of the State of Ohio and Lead Counsel for Plaintiff*

Richard S. Wayne (0022390)
William K. Flynn (0029536)
Robert R. Sparks (0073573)
Stephen E. Schilling (0086897)
**STRAUSS TROY CO., LPA**
150 East Fourth Street
Cincinnati, Ohio 45202
Telephone: (513) 621-2120
Facsimile: (513) 629-9426
E-mail: rswayne@strausstroy.com
E-mail: wkflynn@strausstroy.com
E-mail: rrsparks@strausstroy.com
E-mail: seschilling@strausstroy.com

*Special Counsel to the Attorney General of the State of Ohio and Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on March 15, 2024, a copy of the foregoing was served upon counsel of record for all parties by being filed with the Court's electronic-filing system, in accordance with Fed. R. Civ. P. 5(b)(2)(E).

*/s/ W. B. Markovits*
W. B. Markovits