**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| OHIO PUBLIC EMPLOYEES RETIREMENT SYSTEM, On Behalf of Itself and all Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>FEDERAL HOME LOAN MORTGAGE CORPORATION, a/k/a FREDDIE MAC, RICHARD F. SYRON, PATRICIA L. COOK, ANTHONY S. PISZEL AND EUGENE M. McQUADE,<br><br>Defendants. | CIVIL ACTION NO. 4:08-cv-160<br><br>JUDGE BENITA Y. PEARSON<br><br>MAGISTRATE JUDGE<br>JENNIFER DOWDELL ARMSTRONG |

**DEFENDANT FREDDIE MAC'S MOTION TO STRIKE REPORTS AND EXCLUDE THE TESTIMONY OF HOWARD S. SHAPIRO AND FOR AN EVIDENTIARY HEARING**

**[ORAL ARGUMENT REQUESTED]**

Defendant Federal Home Loan Mortgage Corporation ("Freddie Mac") hereby moves this Court to enter an order excluding any and all testimony from Plaintiff's putative expert witness, Howard S. Shapiro and strike his reports (attached hereto as Exhibits 1 and 2). Mr. Shapiro is unqualified to offer his opinions; in addition, his opinions are unreliable and thus do not meet the threshold of admissibility for expert evidence set forth in Rules 403 and 702 of the Federal Rules of Evidence. Freddie Mac also moves this Court to hold the evidentiary hearing that this Court previously scheduled for April 10, 2024 (ECF No. 508, ¶ 4), at which the Court may further evaluate the admissibility of Mr. Shapiro's prospective testimony. In support of this Motion, Freddie Mac relies on its Memorandum of Law, filed contemporaneously herewith.

March 15, 2024

Respectfully submitted,

*s/ Hugh E. McKay*

Hugh E. McKay (Ohio Bar #0023017)
PORTER WRIGHT MORRIS & ARTHUR LLP
950 Main Avenue, Suite 500
Cleveland, OH 44113
Tel: (216) 443-2580
Fax: (216) 443-9011
E-mail: hmckay@porterwright.com

Jason D. Frank (admitted *pro hac vice*)
Emily E. Renshaw (admitted *pro hac vice*)
Andrew M. Buttaro
MORGAN, LEWIS & BOCKIUS LLP
One Federal Street
Boston, MA 02110-1726
Tel: (617) 951-8455
Fax: (617) 951-8736
E-mail: jason.frank@morganlewis.com
E-mail: emily.renshaw@morganlewis.com
E-mail: andrew.buttaro@morganlewis.com

Frederick L Block (admitted *pro hac vice*)
MORGAN, LEWIS & BOCKIUS LLP
1111 Pennsylvania Avenue, NW
Washington, DC 20004-2541
Tel: (202) 739-5125
Fax: (202) 739-3001
Email: fred.block@morganlewis.com

*Counsel for Federal Home Loan Mortgage Corporation*

## CERTIFICATE OF SERVICE

I hereby certify that on March 15, 2024, a copy of the foregoing "DEFENDANT FREDDIE MAC'S MOTION TO STRIKE REPORTS AND EXCLUDE THE TESTIMONY OF HOWARD S. SHAPIRO AND FOR AN EVIDENTIARY HEARING" was filed electronically. Notice of this filing will be sent by operation of the Court's CM/ECF system to all parties indicated on the electronic filing receipt. This filing may be accessed through the Court's CM/ECF system.

*s/ Hugh E. McKay*