**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| OHIO PUBLIC EMPLOYEES RETIREMENT SYSTEM,<br><br>Plaintiff,<br><br>vs.<br><br>FEDERAL HOME LOAN MORTGAGE CORPORATION a/k/a FREDDIE MAC, RICHARD F. SYRON, PATRICIA L. COOK, ANTHONY S. PISZEL, and EUGENE M. McQUADE,<br><br>Defendants. | CIVIL ACTION NO. 4:08-cv-160<br><br>JUDGE BENITA Y. PEARSON<br><br>MAGISTRATE JUDGE JENNIFER DOWDELL ARMSTRONG |

**DEFENDANT RICHARD F. SYRON'S**
**MOTION FOR SUMMARY JUDGMENT**

***ORAL ARGUMENT REQUESTED***

Pursuant to Federal Rule of Civil Procedure 56, Defendant Richard F. Syron hereby moves this Court for an order granting summary judgment in favor of Mr. Syron on all of Plaintiff Ohio Public Employees Retirement System's claims against him. In support of his Motion, Mr. Syron relies on his Memorandum of Law and Defendant Federal Home Loan Mortgage Corporation's Memorandum of Law in Support of Summary Judgment and all materials filed therewith.

Mr. Syron requests that the Court hold oral argument on this dispositive Motion.

Date: May 3, 2024

Respectfully submitted,

_/s/ John C. Fairweather________
John C. Fairweather (0018216)
Lisa S. DelGrosso (0064938)
BROUSE MCDOWELL
388 S. Main Street; Suite 500
Akron, Ohio 44311
Phone: 330-535-5711/Fax: 330-253-8601
Email: jfairweather@brouse.com
Email: ldelgrosso@brouse.com

Frank R. Volpe
SIDLEY AUSTIN LLP
1501 K STREET, N.W.
Washington, D.C. 20005
Phone: 202-736-8000/Fax: 202-736-8711
Email: fvolpe@sidley.com

Counsel for Defendant Richard F. Syron

**CERTIFICATE OF SERVICE**

I hereby certify that on May 3, 2024, a copy of the foregoing "DEFENDANT RICHARD F. SYRON'S MOTION FOR SUMMARY JUDGMENT" was filed electronically. Notice of this filing will be sent by operation of the Court's CM/ECF system to all parties indicated on the electronic filing receipt. This filing may be accessed through the Court's CM/ECF system.

*s/ Frank R. Volpe*