UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| OHIO PUBLIC EMPLOYEES RETIREMENT SYSTEM, On Behalf of Itself and all Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>FEDERAL HOME LOAN MORTGAGE CORPORATION, a/k/a FREDDIE MAC, RICHARD F. SYRON, PATRICIA L. COOK, ANTHONY S. PISZEL, and EUGENE M. McQUADE,<br><br>Defendants. | Case No. 4:08-cv-160<br><br>Judge Benita Y. Pearson<br>Magistrate Judge Jennifer Dowdell Armstrong<br><br>Assigned Track: Complex<br><br>**ORAL ARGUMENT REQUESTED** |

**MOTION OF DEFENDANT ANTHONY S. PISZEL**
**FOR SUMMARY JUDGMENT ON ALL CLAIMS**

Defendant Anthony S. Piszel hereby moves this Court for an Order pursuant to Rule 56 of the Federal Rules of Civil Procedure granting summary judgment to Mr. Piszel as to all claims asserted in this action and such further relief as this Court deems just and proper. As set forth in Mr. Piszel's memorandum in support of this motion, filed contemporaneously herewith, there are no genuine issues of material fact, and Mr. Piszel is entitled to judgment as a matter of law.

Dated: May 3, 2024

Respectfully submitted,

By: /s/ James K. Goldfarb
James K. Goldfarb

James K. Goldfarb (*pro hac vice*)
Barry S. Gold (*pro hac vice*)
DAVIS WRIGHT TREMAINE LLP
1251 Avenue of the Americas, 21st Floor
New York, New York 10020
Tel: (212) 489-4230
jamesgoldfarb@dwt.com
barrygold@dwt.com

LaFonda Willis (*pro hac vice pending)*
1301 K Street, N.W., Suite 500 East
Washington, D.C. 20005
Tel: (202) 974-4200
lafondawillis@dwt.com

Joseph C. Weinstein (0023504)
Steven A. Delchin (0068276)
SQUIRE PATTON BOGGS (US) LLP
1000 Key Tower
127 Public Square
Cleveland, Ohio 44114-1304
Tel: (216) 479-8500
Fax: (216) 479-8780
joe.weinstein@squirepb.com
steven.delchin@squirepb.com

*Attorneys for Defendant Anthony S. Piszel*

**STATEMENT OF COMPLIANCE**

Pursuant to paragraph 6 of the Order on the parties' Joint Motion to Modify the Case Order (ECF No. 508), entered in this matter on June 23, 2023, I hereby certify that before filing this motion, counsel for defendant Freddie Mac submitted, on behalf of all defendants, a written request for summary judgment to opposing counsel on April 26, 2024. Opposing counsel refused that request in writing on April 30, 2024. Mr. Piszel still believes that he is entitled to summary judgment and so has filed this motion.

/s/ James K. Goldfarb

**CERTIFICATE OF SERVICE**

I hereby certify that on May 3, 2024, a copy of the foregoing Motion of Defendant Anthony S. Piszel for Summary Judgment On All Claims was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's system.

/s/ James K. Goldfarb