**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| OHIO PUBLIC EMPLOYEES RETIREMENT SYSTEM,<br><br>Plaintiff,<br><br>vs.<br><br>FEDERAL HOME LOAN MORTGAGE CORPORATION a/k/a FREDDIE MAC, RICHARD F. SYRON, PATRICIA L. COOK, ANTHONY S. PISZEL, and EUGENE M. McQUADE,<br><br>Defendants. | CIVIL ACTION NO. 4:08-cv-160<br><br>JUDGE BENITA Y. PEARSON<br><br>MAGISTRATE JUDGE JENNIFER DOWDELL ARMSTRONG |

**DEFENDANT EUGENE MCQUADE'S MOTION FOR SUMMARY JUDGMENT**

**[ORAL ARGUMENT REQUESTED]**

Defendant Eugene McQuade hereby moves this Honorable Court pursuant to Federal Rule of Civil Procedure 56(a) for an Order: (i) granting summary judgment to Eugene McQuade and dismissing with prejudice all claims in the Third Amended Complaint brought under Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 by Plaintiff Ohio Public Employees Retirement System, and (ii) granting such other and further relief as may be just and proper. In support of this Motion, Defendant McQuade relies on the accompanying Memorandum of Law and the exhibits attached thereto, as well as Freddie Mac's Motion for Summary Judgment and accompanying Memorandum of Law.

Dated: May 3, 2024

Respectfully submitted,

*/s/ Michael S. Doluisio*

Andrew J. Levander (*pro hac vice*)
DECHERT LLP
Three Bryant Park
1095 Avenue of the Americas
New York, New York 10036
Tel.: (212) 698-3500
andrew.levander@dechert.com

Michael S. Doluisio (*pro hac vice*)
Carla G. Graff (*pro hac vice*)
DECHERT LLP
Cira Centre
2929 Arch Street
Philadelphia, PA 19104
Tel.: (215) 994-4000
michael.doluisio@dechert.com
carla.graff@dechert.com

Joseph C. Weinstein (0023504)
Steven A. Delchin (0068276)
Squire Patton Boggs (US) LLP
1000 Key Tower
127 Public Square
Cleveland, Ohio 44114-1304
Tel.: (216) 479-8500
joe.weinstein@squirepb.com
steven.delchin@squirepb.com

*Counsel for Defendant Eugene McQuade*

**STATEMENT OF COMPLIANCE**

Pursuant to paragraph 6 of the Order on the Parties' Joint Motion to Modify the Case Order (ECF No. 508), entered in this matter on June 23, 2023, I hereby certify that before filing this Motion and Memorandum, counsel for Defendant Freddie Mac submitted, on behalf of all Defendants, a written request for summary judgment to opposing counsel on April 26, 2024. Opposing counsel refused that requested on April 30, 2024. Mr. McQuade still believes that he is entitled to summary judgment and so has filed the Motion.

*/s/ Michael S. Doluisio*
Michael S. Doluisio

**CERTIFICATE OF SERVICE**

I hereby certify that on May 3, 2024, a true and correct copy of the foregoing Motion for Summary Judgment, and accompanying materials, were filed electronically and notice was served upon all counsel of record via the Court's CM/ECF system.

*/s/ Michael S. Doluisio*
Michael S. Doluisio