**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| OHIO PUBLIC EMPLOYEES RETIREMENT SYSTEM,<br><br>Plaintiff,<br><br>vs.<br><br>FEDERAL HOME LOAN MORTGAGE CORPORATION a/k/a FREDDIE MAC, RICHARD F. SYRON, PATRICIA L. COOK, ANTHONY S. PISZEL, and EUGENE M. McQUADE,<br><br>Defendants. | CIVIL ACTION NO. 4:08-cv-160<br><br>JUDGE BENITA Y. PEARSON<br><br>MAGISTRATE JUDGE JENNIFER DOWDELL ARMSTRONG |

**DEFENDANT FREDDIE MAC'S**
**MOTION FOR SUMMARY JUDGMENT**

***ORAL ARGUMENT REQUESTED***

Pursuant to Federal Rule of Civil Procedure 56, Defendant Federal Home Loan Mortgage Corporation ("Freddie Mac") hereby moves this Court for an order granting summary judgment in its favor on all of Plaintiff Ohio Public Employees Retirement System's claims. In support of this Motion, Freddie Mac relies on its Memorandum of Law, Declaration of Jason D. Frank, and all materials filed herewith. In addition, Freddie Mac incorporates by reference the Motions for Summary Judgment and Memoranda In Support thereof of Richard F. Syron, Anthony S. Piszel, and Eugene M. McQuade.

Freddie Mac requests that the Court hold oral argument on this dispositive Motion.

Date: May 3, 2024

Respectfully submitted,

*s/ Hugh E. McKay*

Hugh E. McKay (Ohio Bar #0023017)
PORTER WRIGHT MORRIS & ARTHUR LLP
950 Main Avenue, Suite 500
Cleveland, OH 44113
Tel: (216) 443-2580
Fax: (216) 443-9011
E-mail: hmckay@porterwright.com

Jason D. Frank (admitted *pro hac vice*)
Emily E. Renshaw (admitted *pro hac vice*)
Andrew M. Buttaro
MORGAN, LEWIS & BOCKIUS LLP
One Federal Street
Boston, MA 02110-1726
Tel: (617) 951-8455
Fax: (617) 951-8736
E-mail: jason.frank@morganlewis.com
E-mail: emily.renshaw@morganlewis.com
E-mail: andrew.buttaro@morganlewis.com

Frederick L Block (admitted *pro hac vice*)
MORGAN, LEWIS & BOCKIUS LLP
1111 Pennsylvania Avenue, NW
Washington, DC 20004-2541
Tel: (202) 739-5125
Fax: (202) 739-3001
Email: fred.block@morganlewis.com

*Counsel for Federal Home Loan Mortgage Corporation*

**CERTIFICATE OF SERVICE**

I hereby certify that on May 3, 2024, a copy of the foregoing "DEFENDANT FREDDIE MAC'S MOTION FOR SUMMARY JUDGMENT" was filed electronically. Notice of this filing will be sent by operation of the Court's CM/ECF system to all parties indicated on the electronic filing receipt. This filing may be accessed through the Court's CM/ECF system.

*s/ Hugh E. McKay*