# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| OHIO PUBLIC EMPLOYEES RETIREMENT SYSTEM, | CIVIL ACTION NO. 4:08-cv-160 |
| Plaintiff, | JUDGE BENITA Y. PEARSON |
| v. | MAGISTRATE JUDGE JENNIFER DOWDELL ARMSTRONG |
| FEDERAL HOME LOAN MORTGAGE CORPORATION a/k/a FREDDIE MAC, RICHARD F. SYRON, PATRICIA L. COOK, ANTHONY S. PISZEL, and EUGENE M. McQUADE, | |
| Defendants. | |

## ALL PARTIES' JOINT MOTION TO AMEND CIVIL TRIAL ORDER

Plaintiff Ohio Public Employees Retirement System ("OPERS") and Defendants Federal Home Loan Mortgage Corporation ("Freddie Mac"), Richard F. Syron, Anthony S. Piszel, and Eugene M. McQuade (collectively, the "Defendants" and together with OPERS, the "Parties") jointly move for relief from the current Civil Trial Order (ECF 509), as amended by this Court's Order on May 31, 2024 (ECF 555). Specifically, the Parties respectfully request that the Court remove the trial currently set to begin on October 6, 2025, from the calendar and postpone, without date, the trial and all other pretrial deadlines. The Parties believe such relief is necessary to save all Parties from the extensive time and expense they are incurring and will continue to incur in preparing for trial, which they all expect will not be necessary given Defendants' pending motions for summary judgment. As for a replacement date, the Parties respectfully request that the Court hold a status conference following adjudication of the motions for summary judgment to address a replacement trial date as necessary. In support hereof, the Parties state as follows:

I.     **BACKGROUND**

1. On May 3, 2024, the Defendants filed Motions for Summary Judgment (the "Motions"). ECF 544, 545, 546, & 547.

2. On May 13, 2024, Defendants filed a Motion to Amend the Civil Trial Order to postpone the trial and pretrial deadlines. ECF 551.

3. On May 22, 2024, the Parties filed a joint stipulation to postpone the trial date and pretrial deadlines. ECF 554.

4. On May 31, 2024, the Court amended the Civil Trial Order (ECF 509), resetting the trial date from October 21, 2024, to October 6, 2025, and postponing all corresponding pretrial deadlines. ECF 555.

5. On July 2, 2024, OPERS filed an omnibus brief in opposition to the Motions. ECF 558.

6. On August 30, 2024, each of the Defendants filed a respective Reply Brief in support of the Motions. ECF 569, 570, 571, & 573.

7. On May 21, 2025, this court held a hearing on the Motions.

8. At that hearing, given the Parties' expectation that this Court would enter summary judgment in favor of Defendants, counsel for Freddie Mac asked the Court to address the trial date so that the Parties could avoid wasting time or money on a trial that was unlikely to occur. At that time, the Court shared its perspective that seeking a continuance of the trial date in May was premature, and it encouraged the Parties to "Wait a little bit." Tr. at 103:11.

II.    **ARGUMENT**

9. As of the filing of this Motion, it is nearing the end of August. Pre-trial deadlines are only weeks away, with the Parties' joint undisputed facts due on September 5, 2025, and the pre-trial conference set for September 10, 2025. Trial itself is set in less than six weeks, on October 6, 2025.

2

10. As set forth below, the Parties all anticipate that this Court will grant the motions for summary judgment, rendering preparations for trial at this time unnecessary and a waste of the Parties' and the Court's time, effort, and resources. (OPERS notes that it does not consent to the entry of summary judgment against it.)

11. Since the May 21, 2025, hearing on the Motions, counsel for OPERS and Freddie Mac have met and conferred to discuss postponing the upcoming trial date and all pre-trial deadlines pending a decision on the Motions. The Parties agree that under the present circumstances good cause exists to postpone the trial date and other pre-trial deadlines.

12. Accordingly, the Parties respectfully request that the Court remove the trial currently set to begin on October 6, 2025, from the calendar, postpone, without date, the trial and all other pretrial deadlines, and set a status conference following adjudication of the motions for summary judgment to address a replacement trial date, if necessary.

### III.  CONCLUSION

For the foregoing reasons and good cause shown, this Court should postpone the trial date and all pre-trial deadlines.

Dated: August 27, 2025

**OHIO PUBLIC EMPLOYEES RETIREMENT SYSTEM,**

OHIO ATTORNEY GENERAL DAVE YOST

*/s/ W.B. Markovits*
W.B. Markovits (0018514)
Christopher D. Stock (0075443)
Terence R. Coates (0085579)
MARKOVITS, STOCK & DEMARCO, LLC
119 East Court Street, Suite 530
Cincinnati, Ohio 45202
Telephone: (513) 651-3700
Facsimile: (513) 665-0219
E-mail: bmarkovits@msdlegal.com
E-mail: cstock@msdlegal.com

E-mail: tcoates@msdlegal.com

*Special Counsel to the Attorney General
of the State of Ohio and Lead Counsel for Plaintiff*

Richard S. Wayne (0022390)
William K. Flynn (0029536)
Robert R. Sparks (0073573)
Stephen E. Schilling (0086897)
STRAUSS TROY CO., LPA
150 East Fourth Street
Cincinnati, Ohio 45202
Telephone: (513) 621-2120
Facsimile: (513) 629-9426
E-mail: rswayne@strausstroy.com
E-mail: wkflynn@strausstroy.com
E-mail: rrsparks@strausstroy.com
E-mail: seschilling@strausstroy.com

*Special Counsel to the Attorney General
of the State of Ohio and Counsel for Plaintiff*

**FEDERAL HOME LOAN MORTGAGE CORPORATION,**
By its attorneys,
*/s/ Jason D. Frank*
Hugh E. McKay (0023017)
PORTER WRIGHT MORRIS & ARTHUR LLP
950 Main Avenue, Suite 500
Cleveland, OH 44113
Tel: (216) 443-2580
Fax: (216) 443-9011
E-mail: hmckay@porterwright.com

Jason D. Frank
Emily E. Renshaw
MORGAN, LEWIS & BOCKIUS LLP
One Federal Street
Boston, MA  02110-1726
Tel: (617) 951-8153
Fax: (617) 341-7701
E-mail: jason.frank@morganlewis.com
E-mail: emily.renshaw@morganlewis.com

4

Frederick L. Block (admitted *pro hac vice*)
MORGAN, LEWIS & BOCKIUS LLP
1111 Pennsylvania Avenue, NW
Washington, DC 20004-2541
Tel : (202) 739-5125
Fax : (202) 739-3001
Email : fred.block@morganlewis.com

**RICHARD F. SYRON,**

By his attorneys,

 */s/ Frank R. Volpe*
Frank R. Volpe
SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, DC  20005
Tel: (202) 736-8000
Fax: (202) 736-8711
E-mail:  fvolpe@sidley.com

**ANTHONY S. PISZEL,**

By his attorneys,

*/s/ James K. Goldfarb*
Joseph C. Weinstein (0023504)
Steven A. Delchin (0068276)
SQUIRE PATTON BOGGS (US) LLP
1000 Key Tower
127 Public Square
Cleveland, OH  44114-1304
Tel: (216) 479-8500
Fax: (216) 479-8780
E-mail: joe.weinstein@squirepb.com
E-mail: steven.delchin@squirepb.com

James K. Goldfarb
DAVIS WRIGHT TREMAINE LLP
1251 Avenue of the Americas, 21st Floor
New York, NY 10020
Tel: (212) 880-3999
E-mail: jamesgoldfarb@dwt.com

        LaFonda Willis
        1301 K Street, NW, Suite 500 East
        Washington, D.C. 20005
        Tel : (202) 974-4200
        E-mail : lafondawillis@dwt.com


**EUGENE M. MCQUADE,**
By his attorneys,
*/s/ Michael S. Doluisio*
Andrew J. Levander (*pro hac vice*)
DECHERT LLP
Three Bryant Park
1095 Avenue of the Americas
New York, NY 10036
Tel: (212) 698-3500
E-mail: andrew.levander@dechert.com

Michael S. Doluisio (*pro hac vice*)
DECHERT LLP
Cira Centre
2929 Arch Street
Philadelphia, PA  19104
Tel: (215) 994-4000
E-mail: michael.doluisio@dechert.com

Joseph C. Weinstein (0023504)
Steven A. Delchin (0068276)
SQUIRE PATTON BOGGS (US) LLP
1000 Key Tower
127 Public Square
Cleveland, OH  44114-1304
Tel: (216) 479-8500
E-mail: joe.weinstein@squirepb.com
E-mail: steven.delchin@squirepb.com


**CERTIFICATE OF SERVICE**

      I hereby certify that I served the foregoing upon all parties through their counsel of record by filing it with the Court's electronic-filing system in accordance with Fed. R. Civ. P. 5(b)(2)(E).

        */s/ W.B. Markovits*
        W.B. Markovits (0018514)