PEARSON, J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| OHIO PUBLIC EMPLOYEES RETIREMENT SYSTEM, | ) ) ) | CASE NO. 4:08CV0160 |
| Plaintiff, | ) ) ) | JUDGE BENITA Y. PEARSON |
| v. | ) ) ) | |
| FEDERAL HOME LOAN MORTGAGE CORPORATION, *etc.*, *et al.* | ) ) ) | |
| Defendants. | ) | **JUDGMENT ENTRY** |

Having filed its Memorandum of Opinion and Order, the Court hereby enters judgment in favor of Defendants Federal Home Loan Mortgage Corporation, Richard F. Syron, Anthony S. Piszel, and Eugene McQuade against Plaintiff Ohio Public Employees Retirement System on the Third Amended Complaint (ECF No. 166).

The final pretrial conference set for September 10, 2025 and jury trial set on October 6, 2025 are cancelled.

This Judgment Entry constitutes entry of judgment pursuant to Fed. R. Civ. P. 58.

IT IS SO ORDERED.

| | |
|---|---|
| August 29, 2025 | */s/ Benita Y. Pearson* |
| Date | Benita Y. Pearson United States District Judge |