**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| OHIO PUBLIC EMPLOYEES RETIREMENT SYSTEM,<br><br>Plaintiff,<br><br>v.<br><br>FEDERAL HOME LOAN MORTGAGE CORPORATION, a/k/a FREDDIE MAC, RICHARD F. SYRON, ANTHONY S. PISZEL and EUGENE M. McQUADE,<br><br>Defendants. | ) | CIVIL ACTION NO. 4:08-CV-00160<br><br>JUDGE BENITA Y. PEARSON<br><br>MAGISTRATE JUDGE WILLIAM H. BAUGHMAN, JR. |

**NOTICE OF APPEAL**

Plaintiff Ohio Public Employees Retirement System hereby gives notice of appeal to the United States Court of Appeals for the Sixth Circuit from the Judgment entered in this action on August 29, 2025 (ECF No. 597), which incorporates by merger, *inter alia*, the District Court's Opinions and Orders:

(i) granting Defendants' motions for summary judgment (ECF No. 596);

(ii) granting in part Defendant Freddie Mac's motion to strike reports and exclude the testimony of Howard S. Shapiro (ECF No. 587);

(iii) denying Plaintiff's motions to strike portions of the report and exclude portions of the expert testimony of Dr. Mukesh Bajaj, to strike and exclude the report and testimony of Dr. Chudozie Okongwu, and to exclude expert testimony of Prof. John Coates (ECF Nos. 586, 583, 578); and

(iv) granting Defendant Freddie Mac's motion to strike reports and exclude the testimony of Dr. Steven P. Feinstein, denying Lead Plaintiff's motions to exclude the expert testimony of Dr. Mukesh Bajaj and Dr. Paul Gompers, denying Lead Plaintiff's renewed motion

for class certification, and denying as moot Lead Plaintiff's motion to appoint class representative and class counsel (ECF No. 478).

Dated: September 23, 2025

Respectfully submitted,

**OHIO PUBLIC EMPLOYEES RETIREMENT SYSTEM**

By its attorneys,

OHIO ATTORNEY GENERAL
DAVE YOST

*s/ W.B. Markovits*

W.B. Markovits (0018514)
Christopher D. Stock (0075443)
Terence R. Coates (0085579)
MARKOVITS, STOCK & DEMARCO, LLC
119 East Court Street, Suite 530
Cincinnati, Ohio 45202
Telephone: (513) 651-3700
Facsimile: (513) 665-0219
bmarkovits@msdlegal.com
cstock@msdlegal.com
tcoates@msdlegal.com

*Special Counsel to the Attorney General of the State of Ohio and Lead Counsel for Plaintiff*

Richard S. Wayne (0022390)
William K. Flynn (0029536)
Robert R. Sparks (0073573)
Stephen E. Schilling (0086897)
STRAUSS TROY CO., LPA
150 East Fourth Street
Cincinnati, Ohio 45202
Telephone: (513) 621-2120
Facsimile: (513) 629-9426
rswayne@strausstroy.com
wkflynn@strausstroy.com
rrsparks@strausstroy.com
seschilling@strausstroy.com

*Special Counsel to the Attorney General of the State of Ohio*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 23, 2025, I served the foregoing document upon counsel for all parties by filing it with the Court's electronic-filing system, in accordance with Fed. R. Civ. P. 5(b)(2)(E).

*s/ W. B. Markovits*
W. B. Markovits